**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                  Case No. 22-15694-SMG

DAREN C. DALY,                                             Chapter 11 (Sub V)

      Debtor
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the *Debtor-in-Possession's Application to Employ Isaac M. Marcushamer and the Law Firm of DGIM Law, PLLC, as Counsel Nunc Pro Tunc to the Petition Date* [ECF No. 5], *Notice of Hearing* [ECF No. 10], *Order Setting Subchapter V Status Conference, Claims Bar Date, and Deadline for Elections Under 11 U.S.C. Section 1111(b)* [ECF No. 12] and *Notice of Chapter 11 Bankruptcy Case* [ECF No. 13] was served via CM/ECF Notification to all parties registered to receive electronic notice and via U.S. Mail to all parties the attached service list on this 28th day of July, 2022.

Dated this 28th day of July, 2022.

                                              Respectfully submitted,

                                              **DGIM Law, PLLC**
                                              *Counsel for the Debtor, Daren C. Daly*
                                              2875 NE 191st Street, Suite 705
                                              Aventura, FL 33180
                                              Phone: (305) 763-8708

                                              */s/ Monique D. Hayes*
                                              Isaac Marcushamer, Esq.
                                              Florida Bar No. 0060373
                                              isaac@dgimlaw.com
                                              Monique D. Hayes, Esq.
                                              Florida Bar No. 0841573
                                              monique@dgimlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE:<br><br>DAREN C DALY | CASE NO: 22-15694&#8722-SMG<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 5 |

On 7/27/2022, I did cause a copy of the following documents, described below,

Debtor-in-Possession's Application to Employ Isaac M. Marcushamer and the Law Firm of DGIM Law, PLLC, as Counsel Nunc Pro Tunc to the Petition Date ECF Docket Reference No. 5

Notice of Hearing 10

Order Setting Subchapter V Status Conference, Claims Bar Date, and Deadline for Elections Under 11 U.S.C. Section 1111(b) 12

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/27/2022

/s/ Monique Hayes
Monique Hayes  0841573

DGIM Law, PLLC
2875 NE 191st Street, Suite 705
Aventura, FL  33180
305 763 8708
colleen@dgimlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 22-15694&#8722;-SMG |
| DAREN C DALY | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 5 |

On 7/27/2022, a copy of the following documents, described below,

Debtor-in-Possession's Application to Employ Isaac M. Marcushamer and the Law Firm of DGIM Law, PLLC, as Counsel Nunc Pro Tunc to the Petition Date ECF Docket Reference No. 5

Notice of Hearing 10

Order Setting Subchapter V Status Conference, Claims Bar Date, and Deadline for Elections Under 11 U.S.C. Section 1111(b) 12

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/27/2022



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Monique Hayes
DGIM Law, PLLC
2875 NE 191st Street, Suite 705
Aventura, FL  33180

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE-DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                               EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING       (U)ALL PAVING AND SEALCOATING  LLC    ALL PAVING AND SEALCOATING   LLC
NCRS ADDRESS DOWNLOAD                   BRUCE A GOODMAN                       BRUCE A GOODMAN
CASE 22-156948722-SMG                   5531 N UNIVERSITY DRIVE  SUITE 101POMPA 5531 N UNIVERSITY DRIVE
SOUTHERN DISTRICT OF FLORIDA                                                  POMPANO BEACH   FL 33067-4649
WED JUL 27 11-49-1 PST 2022


ALL PAVING  INC                         ALLY FINANCIAL  INC                   BMO TRANSPORTATION FINANCE
10248 NW 62ND CT                        ALLY DETROIT CENTER                   300 E JOHN CARPENTER FREEWAY
POMPANO BEACH FL 33076-2349             500 WOODWARD AVE                      SUITE 500
                                        DETROIT  MI 48226-3416                IRVING TX 75062-2370


BEST BUY CBNA                           CIT BANK NA                           CADENCE BANK NA
POB 78009                               10201 CENTRURION PARKWAY N 110        25 SOUTH LINKS AVENUE
PHOENIX  AZ 85062-8009                  JACKSONVILLE  FL 32256-4101           SARASOTA  FL 34236-5906


CLAYTON TRIAL LAWYERS  PLLC             ELIZABETH DALY                        INTERNAL REVENUE SERVICE
401 E LAS OLAS BLVD  SUITE 1400         BRUCE GOODMAN ESQ                     POB 7346
FT LAUDERDALE  FL 33301-2218            5531 N UNIVERSITY DRIVE               PHILADELPHIA  PA 19101-7346
                                        POMPANO BEACH  FL 33067-4649


ISUZU FINANCE OF AMERICA  INC           KOMATSU FINANCIAL                     KUBOTA CREDIT CORPORATION USA
2500 WESTCHESTER AVE STE 312            CO LINDER INDUSTRIAL MACHINERY        1000 KUBOTA DRIVE
PURCHASE  NY 10577-2578                 1601 S PLANT CITY  FL 33563-2014      GRAPEVINE  TX 76051-2334


EXCLUDE
(U)NAME ADDRESS1 ADDRESS2 ADDRESS3 CITY OFFICE OF THE US TRUSTEE              PATRICK DALY
STATE Z                                 51 SW 1ST AVE                         BRUCE GOODMAN  ESQ
ALLY FINANCIAL INC ALLY DETROIT CENTER  SUITE 1204                            5531 N UNIVERSITY DRIVE
5                                       MIAMI  FL 33130-1614                  POMPANO BEACH  FL 33067-4649
BEST BUY CBNA PO BOX 78009   PHOENIX AZ
BMO TRANSPORTATION FINANCE 300 E JOHN
CA
CAPITAL ONE BANK 1680 CAPITAL ONE DR

SUNTRUST MASTERCARD                     SYNCHRONY BANKPAYPAL CREDIT           TAX COLLECTOR PALM BEACH COUNTY
6260 POWERLINE ROAD                     POB 530975                            ATTN ANNE M GANNON
FORT LAUDERDALE  FL 33309-2018          ORLANDO  FL 32896-0001                POB 3353
                                                                              WEST PALM BEACH  FL 33402-3353


THE SOTO LAW GROUP  PA                  US ATTORNEY GENERAL                   US DEPARTMENT OF EDUCATION
2400 E COMMERCIAL BLVD  SUITE 400       950 PENNSYLVANIA AVENUE  NW           400 MARYLAND AVENUE SW
FORT LAUDERDALE  FL 33308-4026          WASHINGTON DC 20500                   WASHINGTON DC 20202-0001


                                        DEBTOR
(P)U S  ATTORNEYS OFFICE                DAREN C DALY                          ISAAC M MARCUSHAMER ESQ
99 NE 4TH STREET SUITE 300              10248 NW 62 CT                        DGIM LAW  PLLC
MIAMI FL 33132-2131                     POMPANO BEACH  FL 33076-2349          2875 NE 191ST STREET
                                                                              SUITE 705
                                                                              AVENTURA  FL 33180-2803
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL/CM/ECF=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


TAREK KIRK KIEM
PO BOX 541325
GREENACRES   FL 33454-1325

ADDRESSES WHERE AN EMAIL CONSTITUTES SERVICE VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| (U.S. Trustee) | (Trustee) | (Debtor) |
|---|---|---|
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130<br>represented by:<br>Ariel Rodriguez<br>Office of the US Trustee<br>51 SW 1 Ave #1204<br>Miami, FL 33130<br><br>ariel.rodriguez@usdoj.gov | Tarek Kirk Kiem<br>PO Box 541325<br>Greenacres, FL 33454<br><br>trustee@kiemlaw.com | Daren C. Daly<br>10248 NW 62 CT<br>Pompano Beach, FL 33076<br>represented by:<br>Isaac M Marcushamer, Esq.<br>DGIM Law, PLLC<br>2875 NE 191st Street<br>Suite 705<br>Aventura, FL 33180<br><br>isaac@dgimlaw.com |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE:<br><br>DAREN C DALY | CASE NO: 22-15694-SMG<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 13 |

On 7/28/2022, I did cause a copy of the following documents, described below,

Notice of Chapter 11 Bankruptcy Case ECF Docket Reference No. 13

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/28/2022

/s/ Monique Hayes
Monique Hayes  0841573

DGIM Law, PLLC
2875 NE 191st Street, Suite 705
Aventura, FL  33180
305 763 8708
colleen@dgimlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 22-15694-SMG |
| DAREN C DALY | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 13 |

On 7/28/2022, a copy of the following documents, described below,

Notice of Chapter 11 Bankruptcy Case ECF Docket Reference No. 13

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/28/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Monique Hayes
DGIM Law, PLLC
2875 NE 191st Street, Suite 705
Aventura, FL  33180

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING             EXCLUDE                                          ALL PAVING AND SEALCOATING  LLC
NCRS ADDRESS DOWNLOAD                        (U)ALL PAVING AND SEALCOATING  LLC               BRUCE A GOODMAN
CASE 22-15694-SMG                            BRUCE A GOODMAN                                  5531 N UNIVERSITY DRIVE
SOUTHERN DISTRICT OF FLORIDA                 5531 N UNIVERSITY DRIVE  SUITE 101POMPA          POMPANO BEACH  FL 33067-4649
THU JUL 28 7-51-31 PST 2022




ALL PAVING  INC                              ALLY FINANCIAL  INC                              BMO TRANSPORTATION FINANCE
10248 NW 62ND CT                             ALLY DETROIT CENTER                              300 E JOHN CARPENTER FREEWAY
POMPANO BEACH FL 33076-2349                  500 WOODWARD AVE                                 SUITE 500
                                             DETROIT  MI 48226-3416                           IRVING TX 75062-2370




BEST BUY CBNA                                CIT BANK NA                                      CADENCE BANK NA
POB 78009                                    10201 CENTRURION PARKWAY N 110                   25 SOUTH LINKS AVENUE
PHOENIX  AZ 85062-8009                       JACKSONVILLE  FL 32256-4101                      SARASOTA  FL 34236-5906




CLAYTON TRIAL LAWYERS  PLLC                  ELIZABETH DALY                                   INTERNAL REVENUE SERVICE
401 E LAS OLAS BLVD  SUITE 1400              BRUCE GOODMAN ESQ                                POB 7346
FT LAUDERDALE  FL 33301-2218                 5531 N UNIVERSITY DRIVE                          PHILADELPHIA  PA 19101-7346
                                             POMPANO BEACH  FL 33067-4649




ISUZU FINANCE OF AMERICA  INC                KOMATSU FINANCIAL                                KUBOTA CREDIT CORPORATION USA
2500 WESTCHESTER AVE STE 312                 CO LINDER INDUSTRIAL MACHINERY                   1000 KUBOTA DRIVE
PURCHASE  NY 10577-2578                      1601 S PLANT CITY  FL 33563-2014                 GRAPEVINE  TX 76051-2334




EXCLUDE
(U)NAME ADDRESS1 ADDRESS2 ADDRESS3 CITY      OFFICE OF THE US TRUSTEE                         PATRICK DALY
STATE Z                                      51 SW 1ST AVE                                    BRUCE GOODMAN  ESQ
ALLY FINANCIAL INC ALLY DETROIT CENTER       SUITE 1204                                       5531 N UNIVERSITY DRIVE
5                                            MIAMI  FL 33130-1614                             POMPANO BEACH  FL 33067-4649
BEST BUY CBNA PO BOX 78009   PHOENIX AZ
BMO TRANSPORTATION FINANCE 300 E JOHN
CA
CAPITAL ONE BANK 1680 CAPITAL ONE DR


SUNTRUST MASTERCARD                          SYNCHRONY BANKPAYPAL CREDIT                      TAX COLLECTOR PALM BEACH COUNTY
6260 POWERLINE ROAD                          POB 530975                                       ATTN ANNE M GANNON
FORT LAUDERDALE  FL 33309-2018               ORLANDO  FL 32896-0001                           POB 3353
                                                                                              WEST PALM BEACH  FL 33402-3353




THE SOTO LAW GROUP  PA                       US ATTORNEY GENERAL                              US DEPARTMENT OF EDUCATION
2400 E COMMERCIAL BLVD  SUITE 400            950 PENNSYLVANIA AVENUE  NW                      400 MARYLAND AVENUE SW
FORT LAUDERDALE  FL 33308-4026               WASHINGTON DC 20500                              WASHINGTON DC 20202-0001




                                             DEBTOR
(P)U S  ATTORNEYS OFFICE                     DAREN C DALY                                     ISAAC M MARCUSHAMER ESQ
99 NE 4TH STREET SUITE 300                   10248 NW 62 CT                                   DGIM LAW  PLLC
MIAMI FL 33132-2131                          POMPANO BEACH  FL 33076-2349                     2875 NE 191ST STREET
                                                                                              SUITE 705
                                                                                              AVENTURA  FL 33180-2803
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL OR (d)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


TAREK KIRK KIEM
PO BOX 541325
GREENACRES   FL 33454-1325
```

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| (U.S. Trustee) | (Trustee) | (Debtor) |
|---|---|---|
| Office of the US Trustee | Tarek Kirk Kiem | Daren C. Daly |
| 51 S.W. 1st Ave. | PO Box 541325 | 10248 NW 62 CT |
| Suite 1204 | Greenacres, FL 33454 | Pompano Beach, FL 33076 |
| Miami, FL 33130 | | represented by: |
| represented by: | trustee@kiemlaw.com | Isaac M Marcushamer, Esq. |
| Ariel Rodriguez | | DGIM Law, PLLC |
| Office of the US Trustee | | 2875 NE 191st Street |
| 51 SW 1 Ave #1204 | | Suite 705 |
| Miami, FL 33130 | | Aventura, FL 33180 |
| ariel.rodriguez@usdoj.gov | | isaac@dgimlaw.com |