UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CASE: 22-15694-SMG
CHAPTER 11

**Daren C. Daly,**

Debtor(s)
_____

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Notice is given that the undersigned counsel hereby enters an appearance on behalf of Creditor; Broward County, Florida, c/o the Records, Taxes & Treasury Division, 115 S. Andrews Avenue, Suite A-100, Fort Lauderdale, FL, 33301, in the above-referenced matter. All parties are requested to take notice of said appearance and to serve copies of any and all pleadings, notices, and pertinent documentation in this cause upon said counsel.

### CERTIFICATE OF ADMISSION

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(C) (3).

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was furnished by mail and/or electronic means to the Attorney of the Debtor on July 29, 2022.

Respectfully submitted,

Andrew J. Meyers
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone:    (954) 357-7600
Telecopier:    (954) 357-7641

By    /s/ Scott Andron
Scott Andron
Assistant County Attorney
Florida Bar No.112355
sandron@broward.org