UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                      Case No. 22-15694-SMG

DAREN C. DALY,                                                      Chapter 11 (Sub V)

      Debtor
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Daren C. Daly, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to the questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): July 24, 2022

2. Names, case numbers and dates of filing of related debtors: N/A

3. Description of debtor's business: The Debtor is the 100% owner of All Paving, Inc. and Resurface Industries, LLC. Through these entities the debtor provides roadway solutions, including paving, concrete overlay, sealcoating and related services to municipalities and commercial customers.

4. Locations of debtor's operations and whether the business premises are leased or owned: The Debtor operates in multiple counties in Florida with offices at 23123 N. State Road 7, Suite 250, Boca Raton, FL 33428.

5. Reasons for filing chapter 11: The Debtor is faced with mounting debts principally associated with his business operations and pending Litigation in Broward County and Fourth District Court of Appeal with the Debtor's father including *All Paving, Inc. v. Daren C. Daly, et al.;* Case No. CACE 17-014794(09), *All Paving, Inc. v. All Paving & Sealcoating, LLC, et al.;* Case No. CACE 18-21093(08) and *All Paving & Sealcoating, LLC v. Daren C. Daly, et al;* Appellate Case No. 4D22-1825. The debtor intends to reorganize his debts and resolve litigation claims in this chapter 11 case.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:  N/A

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

       2022 Income as of July 22, 2022: $194,300.00
       2021 Income Total: $457,924.00

8. Amounts owed to various creditors:

   a) Obligations owed to priority creditors including priority tax obligations: Tax Collector, Palm Beach County $2,691.68 estimated

   b) With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

      - 2020 Chevy Suburban – GMC Financial - $35,000
      - Personal Guarantee for Business Equipment- value unknown for Ally Financial, Inc., BMO Transportation Finance, Cadence Bank, N.A., CIT Bank, N.A., GM Financial, Isuzu Finance of America, Inc., Komatsu Financial, Kubota Credit Corporation
      - Personal Guarantee for US Small Business Administration Loan

   c) Amount of unsecured claims: $225,258.00 estimated

9. General description and approximate value of the debtor's assets:
   - Corporate Interests:
     All Paving, Inc. (100% interest) appx. value: Unknown;
     Resurface Industries, LLC (100% interest) appx. value: Unknown;
   - Real Property (partial interest) $475,000
   - Bank Accounts: $20,368.25
   - Retirement/Pension Accounts: N/A
   - Charles Schwab Account $$6,341.80
   - Deposits: N/A
   - Furniture and Household Items: $13,600
   - Various Equipment for Business: unknown

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: AIG Term Life Insurance Policy 7432 amount of $7,500,000, Fed National Insurance, Premium $8,197.00 a year, Northwestern Mutual Insurance, Premium $27,934.08 a year, Blue Cross/Blue Shield Insurance, Premium $7,658.28 a year.

11. Number of employees and amounts of wages owed as of petition date: N/A

12. Status of debtor's payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): N/A

13. Anticipated emergency relief to be requested within 14 days from the petition date:

   The Debtor anticipates the need to seek the following relief on an expedited basis:

   - Retention of Debtor's Counsel

   The Debtor does not anticipate the need for further emergency relief.

By: _____
Daren C. Daily, Debtor

                                   Respectfully submitted,

                                   **DGIM Law, PLLC**
                                   *Counsel for the Debtor, Daren C. Daly*
                                   2875 NE 191st Street, Suite 705
                                   Aventura, FL 33180
                                   Phone: (305) 763-8708

                                   */s/ Monique D. Hayes*
                                   Isaac Marcushamer, Esq.
                                   Florida Bar No. 0060373
                                   Email:  isaac@dgimlaw.com
                                   Monique D. Hayes, Esq.
                                   Florida Bar No. 0841573
                                   Email:  monique@dgimlaw.com

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this July 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered to receive notifications in this matter, and via U.S. Mail to parties who are not registered, as shown below.

*/s/ Monique D. Hayes*
Monique D. Hayes, Esq.
Florida Bar No. 0841573
Email: monique@dgimlaw.com