**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Daren C. Daly | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number  22-15694-SMG
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:    Summarize Your Assets**

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $          475,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................. | $          297,112.76 |
| 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | $          772,112.76 |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          2,031,765.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $          2,691.68 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $          210,028.12 |
| **Your total liabilities** | $          2,244,484.80 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................ | $          21,021.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $          15,376.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

Debtor 1   Daren C. Daly _____     Case number *(if known)*   22-15694-SMG _____
           court with your other schedules.

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
     122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                                  $ _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

Debtor 1        Daren C. Daly
_____
                First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  _____
                First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number    22-15694-SMG
_____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                                 12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes.  Where is the property?

1.1

10248 NW 62nd Court
_____
Street address, if available, or other description


Parkland              FL      33076
_____
City                  State   ZIP Code


Broward
_____
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $950,000.00 | $475,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint tenant with survivorship interest

☐ **Check if this is community property** (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

| $475,000.00 |
|---|

**Part 2:**  **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1  Daren C. Daly

Case number *(if known)*  22-15694-SMG

**3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: | Chevrolet | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| --- | --- | --- | --- | --- |

3.1  Make: Chevrolet
Model: Suburban
Year: 2016
Approximate mileage: 160,000
Other information:

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$14,000.00     $14,000.00

3.2  Make: Chevrolet
Model: Suburban
Year: 2020
Approximate mileage:
Other information:

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$30,000.00     $30,000.00

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☒ Yes

4.1  Make: Icon
Model: LX
Year: 2022
Other information:
Golf cart

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$14,000.00     $7,000.00

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>

$51,000.00

**Part 3:  Describe Your Personal and   Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

**6.  Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes.  Describe.....

Living Room Sofa, Dining Room Tables/Chairs, Bedroom Set, TV Stand     $3,450.00

**7.  Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes.  Describe.....

Cellphone     $250.00

6 Sony TV's     $900.00

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Daren C. Daly                                    Case number *(if known)*   22-15694-SMG

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☒ No
    ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ☒ Yes.  Describe.....

    | | |
    |---|---|
    | Pool Table | $550.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes.  Describe.....

    | | |
    |---|---|
    | Various clothing and shoes by Nike | $2,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes.  Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes.   Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................

    | |
    |---|
    | $7,150.00 |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☒ Yes........................................................................................

    | | |
    |---|---|
    | Cash | $50.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☒ Yes........................   Institution name:

    | | | |
    |---|---|---|
    | 17.1. | Wells Fargo Savings 9894 | $6,101.47 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    Daren C. Daly _____    Case number *(if known)*  22-15694-SMG _____

|  | 17.2. | Wells Fargo Checking 9738 | $1,027.66 |

**18.    Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☐ No
☒ Yes.................    Institution or issuer name:
                         Charles Schwab                                                    $6,341.80

**19.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☒ Yes.    Give specific information about them...................

| Name of entity: | % of ownership: | |
| All Paving, Inc. | 100 | % | Unknown |
| Resurface Industries, LLC | 100 | % | Unknown |

**20.    Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
                         Issuer name:

**21.    Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☒ No
☐ Yes. List each account separately.
                         Type of account:        Institution name:

**22.    Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. ....................        Institution name or individual:

**23.    Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.    Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes.    Give specific information about them...

**26.    Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes.    Give specific information about them...

**27.    Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
☒ Yes.    Give specific information about them...

| Various professional licenses for business.    See attached spreadsheet. | Unknown |

**Money or property owed to you?**                                              **Current value of the portion you own?**
                                                                               Do not deduct secured claims or exemptions.

Professional Licenses for All Paving

| | |
|---|---|
| PVD494 | State of Florida |
| 17-3B-20871-X | Broward County |
| 23420/15207 | Lake County |
| U-22269 | Palm Beach County |
| 23233 | Indian River County/City of Vero Beach |
| C-11328 | Pinellas County |
| 31362 | St Lucie County |
| PG19-00183 | Lee County |
| MC1800090 | Martin County |
| 20-3A-21893-X | Broward County |
| SP14680 | Hillsbourgh County |

Debtor 1  Daren C. Daly                                              Case number *(if known)*  22-15694-SMG

---

28. **Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes.   Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| American General Life Insurance Companies | Jamie Schindler | Unknown |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes.   Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☒ Yes.   Describe each claim........

| | |
|---|---|
| Potential malpractice claim against Greenspoon Marder, LLP | Unknown |
| Potential malpractice claim against the Soto Law Group. | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes.   Describe each claim.........

35. **Any financial assets you did not already list**
☒ No
☐ Yes.   Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...............................................................................................................

$13,520.93

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☒ Yes.   Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☐ No
☒ Yes.   Describe.....

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor 1 | Daren C. Daly | Case number *(if known)* | 22-15694-SMG |

| Personal interest in aging accounts receivable of All Paving, Inc. | $225,441.83 |

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☐ Yes.    Describe.....

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☒ No
☐ Yes.    Describe.....

**41. Inventory**
☒ No
☐ Yes.    Describe.....

**42. Interests in partnerships or joint ventures**
☒ No
☐ Yes.    Give specific information about them...................
              Name of entity:                              % of ownership:

**43. Customer lists, mailing lists, or other compilations**
☐ No.
☒ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

        ☐ No
        ☒ Yes.    Describe.....

| Name, address, phone numbers. | Unknown |

**44. Any business-related property you did not already list**
☐ No
☒ Yes. Give specific information.........

| IP rights to business software | Unknown |

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................................................. | **$225,441.83** |

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.    Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☐ No
☒ Yes. Give specific information.........

| Domain name allpaving.com | Unknown |

**54. Add the dollar value of all of your entries from Part 7. Write that number here**  ................................... | **$0.00** |

Debtor 1    Daren C. Daly                                                                 Case number *(if known)*    22-15694-SMG

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

| | | | |
|------|---------|------|------|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................ | | $475,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $51,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $7,150.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $13,520.93 | |
| 59. | **Part 5: Total business-related property, line 45** | $225,441.83 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54**   + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $297,112.76 | Copy personal property total    $297,112.76 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $772,112.76 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Daren C. Daly | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION | |
| Case number (if known) | 22-15694-SMG | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 10248 NW 62nd Court, Parkland, FL 33076  Broward County  Line from *Schedule A/B*: 1.1 | $475,000.00 | ☒ | $475,000.00  ☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1)  Fla. Const. art. X Section 4(a)(1) |
| 2016 Chevrolet Suburban 160,000 miles  Line from *Schedule A/B*: 3.1 | $14,000.00 | ☒ | $14,000.00  ☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2)  Fla. Const art X Section 4(a)(2)  Fla. Stat. Section 222.25 |
| 2020 Chevrolet Suburban  Line from *Schedule A/B*: 3.2 | $30,000.00 | ☒ | $30,000.00  ☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2)  Fla. Const art X Section 4(a)(2)  Fla. Stat. Section 222.25 |
| 2022 Icon LX  Golf cart  Line from *Schedule A/B*: 4.1 | $7,000.00 | ☒ | $7,000.00  ☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Living Room Sofa, Dining Room Tables/Chairs, Bedroom Set, TV Stand  Line from *Schedule A/B*: 6.1 | $3,450.00 | ☒ | $3,450.00  ☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)  Fla. Const. art X Section 4(a)(2) |

Debtor 1  Daren C. Daly                                    Case number (if known)   22-15694-SMG

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Cellphone<br>Line from *Schedule A/B*: 7.1 | $250.00 | ☒ $250.00<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |
| 6 Sony TV's<br>Line from *Schedule A/B*: 7.2 | $900.00 | ☒ $900.00<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Pool Table<br>Line from *Schedule A/B*: 9.1 | $550.00 | ☒ $550.00<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Various clothing and shoes by Nike<br>Line from *Schedule A/B*: 11.1 | $2,000.00 | ☒ $2,000.00<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Cash<br>Line from *Schedule A/B*: 16.1 | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)<br>Fla. Stat. Section 222.11 |
| Wells Fargo Savings 9894<br>Line from *Schedule A/B*: 17.1 | $6,101.47 | ☒ $6,101.47<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)<br>Fla. Stat. Section 222.11 |
| Wells Fargo Checking 9738<br>Line from *Schedule A/B*: 17.2 | $1,027.66 | ☒ $1,027.66<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)<br>Fla. Stat. Section 222.11 |
| Charles Schwab<br>Line from *Schedule A/B*: 18.1 | $6,341.80 | ☒ $6,341.80<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(E) |
| American General Life Insurance Companies<br>Line from *Schedule A/B*: 31.1 | Unknown | ☒ $0.00<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(8)<br>Fla. Stat. Section 222.13<br>Fla. Stat. Section 222.14 |

3.  **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☒ No

    ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Daren C. Daly |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | 22-15694-SMG |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.   If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Ally Financial, Inc.
Creditor's Name

c/o Ally Detroit Center, 500 Woodward Avenue
Detroit, MI 48226
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**
Personal Guarantee for business equipment (see attached spreadsheet)

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)

Column A: Unknown    Column B: $0.00    Column C: $0.00

Date debt was incurred _____     Last 4 digits of account number _____

**2.2** BMO Transportation Finance
Creditor's Name

300 E. John Carpenter Freeway, Suite 500
Irving, TX 75062
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**
Personal Guarantee for business equipment (see attached spreadsheet)

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)

Column A: Unknown    Column B: $0.00    Column C: $0.00

Date debt was incurred _____     Last 4 digits of account number _____

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1  Daren C. Daly

First Name          Middle Name          Last Name

Case number (if known)  22-15694-SMG

---

| 2.3 | Cadence Bank, N.A. | | Unknown | $0.00 | $0.00 |

Creditor's Name

Bus Bkg FL Sarasota, 25
South Links Ave

Sarasota, FL 34236
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

Personal Guarantee for business
equipment (see attached spreadsheet)

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.4 | Caterpillar Finance | | Unknown | $0.00 | $0.00 |

Creditor's Name

PO Box 340001
Nashville, TN 37203-0001
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

Personal Guarantee for business
equipment (see attached spreadsheet)

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.5 | CIT Bank, N.A. | | Unknown | $0.00 | $0.00 |

Creditor's Name

10201 Centurion Parkway
N. 100
Jacksonville, FL 32256
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

Personal Guarantee for business
equipment (see attached spreadsheet)

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset) _____

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  __Daren C. Daly__

    First Name          Middle Name          Last Name

Case number (if known)  __22-15694-SMG__

---

| 2.6 | **GM Financial** | **Describe the property that secures the claim:** | $31,765.00 | $30,000.00 | $0.00 |

Creditor's Name

> 2020 Chevrolet Suburban

801 Cherry Street
Fort Worth, TX 76102
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.7 | **Isuzu Finance of America, Inc.** | **Describe the property that secures the claim:** | Unknown | $0.00 | $0.00 |

Creditor's Name

> Personal Guarantee for business equipment (see attached spreadsheet)

2500 Westchester Ave,
Suite 312
Attn:  Operations
Purchase, NY 10577
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.8 | **Komatsu Financial** | **Describe the property that secures the claim:** | Unknown | $0.00 | $0.00 |

Creditor's Name

> Personal Guarantee for business equipment (see attached spreadsheet)

c/o Linder Industrial
Machinery, 1601 S.
Frontage Road
Plant City, FL 33563-2014
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  Daren C. Daly
First Name   Middle Name   Last Name

Case number (if known)  22-15694-SMG

| 2.9 | Kubota Credit Corporation U.S.A. | | Unknown | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

Personal Guarantee for business equipment (see attached spreadsheet)

1000 Kubota Drive
Grapevine, TX 76051
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

| 2.10 | US Small Business Administration | | $500,000.00 | $0.00 | $500,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

Personal Guarantee on loan.

Secured by Business Equipment.

299 E. Broward Blvd
Fort Lauderdale, FL 33301
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number  9106

| 2.11 | US Small Business Administration | | $1,500,000.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

Personal Guarantee on loan.

Secured by Business Equipment.

299 E. Broward Blvd
Fort Lauderdale, FL 33301
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number  9106

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $2,031,765.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $2,031,765.00 |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Name | Year | Make | Acquisition Lender Name |
|------|------|------|-------------------------|
| Kenworth Day Cab Tractor | 2018 | Kenworth | Isuzu Financial |
| Foreman Truck - F350 | 2019 | Ford | Ally Bank |
| Hino Paving Water Truck | 2019 | Hino | Ally Bank |
| Foreman Truck - F550 | 2017 | Ford | Ally Bank |
| Isuzu NQR Chassis (Concrete) | 2016 | Isuzu | Ally Bank |
| Isuzu Milling Truck | 2017 | Isuzu | Isuzu Financial |
| Kenworth Dump Truck | 2017 | Kenworth | CIT Bank |
| Skidsteer 4 - 262 | 2019 | CAT | Cadence Bank |
| Skidsteer 3 | 2018 | CAT | Caterpillar Financial |
| Skidsteer 2 - 2 Speed | 2018 | CAT | Caterpillar Financial |
| Roller - Hamm | 2019 | Hamm | Kamatzu Financial |
| Weiler Asphalt Paver | 2019 | Weiler | Cadence Bank |
| AP 255 | 2019 | CAT | Cadence Bank |
| Kubota Tractor | 2018 | Kubota | Kubota Financial |

Debtor 1  Daren C. Daly

First Name        Middle Name        Last Name

Case number (if known)   22-15694-SMG

**than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Daren C. Daly |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | 22-15694-SMG |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☒ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | Tax Collector Palm Beach County | Last 4 digits of account number  8489 | $2,691.68 | $2,691.68 | $0.00 |
| | Priority Creditor's Name | | | | |
| | Attn:   Anne M. Gannon, P.O. Box 3353 | When was the debt incurred?  2019 | | | |
| | West Palm Beach, FL 33402-3353 | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| | ☒ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ **Check if this claim is for a    community debt** | ☒ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ☒ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | | | | |

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☒ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1  Daren C. Daly                                          Case number (if known)    22-15694-SMG

---

**4.1** | All Paving & Sealcoating, LLC

Nonpriority Creditor's Name
c/o Bruce A. Goodman, 5531 N.
University Drive, Suite 101
Pompano Beach, FL 33067
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

**4.2** | Best Buy/CBNA

Nonpriority Creditor's Name
PO Box 78009
Phoenix, AZ 85062-8009
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 9635                    $0.00

**When was the debt incurred?** 12/18/2016

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

**4.3** | Capital One Bank

Nonpriority Creditor's Name
1680 Capital One Dr
Mc Lean, VA 22102
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 1786                    $13,151.00

**When was the debt incurred?** 01/17

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

Debtor 1  Daren C. Daly                                    Case number (if known)    22-15694-SMG

| 4.4 | Capital One Bank | Last 4 digits of account number | 6963 | $7,981.00 |

Nonpriority Creditor's Name
1680 Capital One Dr
Mc Lean, VA 22102

Number Street City State Zip Code

**When was the debt incurred?**    04/23/22

**Who incurred the debt?** Check one.

⊠ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
⊠ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
⊠ Other. Specify _____

---

| 4.5 | Clayton Trial Lawyers | Last 4 digits of account number | | $114,308.50 |

Nonpriority Creditor's Name
401 E. Las Olas Blvd
Ste 1400
Fort Lauderdale, FL 33301

Number Street City State Zip Code

**When was the debt incurred?**    7/1/22

**Who incurred the debt?** Check one.

⊠ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
⊠ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
⊠ Other. Specify _____

---

| 4.6 | Elizabeth Daly | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
c/o Bruce A. Goodman, Esq., 5531 N.
University Drive, Suite 101
Pompano Beach, FL 33067

Number Street City State Zip Code

**When was the debt incurred?**    _____

**Who incurred the debt?** Check one.

⊠ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
⊠ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

⊠ Contingent
⊠ Unliquidated
⊠ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
⊠ Other. Specify _____

---

Debtor 1  Daren C. Daly                                    Case number (if known)   22-15694-SMG

| 4.7 | Patrick Daly | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
c/o Bruce A. Goodman, Esq., 5531 N.
University Drive, Suite 101
Pompano Beach, FL 33067

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.8 | Suntrust Mastercard | Last 4 digits of account number  0553 | $0.00 |

Nonpriority Creditor's Name
6260 Powerline Road
Fort Lauderdale, FL 33309

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**  06/09/2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.9 | Synchrony Bank/PayPal Credit | Last 4 digits of account number  6566 | $0.00 |

Nonpriority Creditor's Name
PO Box 530975
Orlando, FL 32896

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**  03/10/2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

Debtor 1  Daren C. Daly

Case number (if known)  22-15694-SMG

---

**4.10**

**The Meadow Run Association, Inc.**
Nonpriority Creditor's Name
c/o Paul J. Milberg, Esq.
5550 Glades Road, Suite 630
Boca Raton, FL 33431
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

Unknown

---

**4.11**

**The Soto Law Group, PA**
Nonpriority Creditor's Name
2400 E. Commercial Blvd, Suite 400

Fort Lauderdale, FL 33308
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  08/2021

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

$70,000.00

---

**4.12**

**UHealth**
Nonpriority Creditor's Name
POB 2978
Muncie, IN 47307-0978
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**  1466

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

$4,587.62

---

Debtor 1   Daren C. Daly

Case number (if known)   22-15694-SMG

| 4.1 3 | US Department of Education | Last 4 digits of account number | 7126 | | $0.00 |

US Department of Education
Nonpriority Creditor's Name
400 Maryland Avenue, SW
Washington, DC 20202
Number Street City State Zip Code

When was the debt incurred?   08/20/2010

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 2,691.68 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 2,691.68 |

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 210,028.12 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 210,028.12 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Daren C. Daly |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | 22-15694-SMG |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 <br> Name <br><br> Number   Street <br><br> City          State      ZIP Code | |
| 2.2 <br> Name <br><br> Number   Street <br><br> City          State      ZIP Code | |
| 2.3 <br> Name <br><br> Number   Street <br><br> City          State      ZIP Code | |
| 2.4 <br> Name <br><br> Number   Street <br><br> City          State      ZIP Code | |
| 2.5 <br> Name <br><br> Number   Street <br><br> City          State      ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Daren C. Daly |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | 22-15694-SMG |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | All Paving, Inc.<br>10248 NW 62nd Ct<br>Pompano Beach, FL 33076 | ☒ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Cadence Bank, N.A. |
| 3.2 | All Paving, Inc.<br>10248 NW 62nd Ct<br>Pompano Beach, FL 33076 | ☒ Schedule D, line ___2.8___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Komatsu Financial |
| 3.3 | All Paving, Inc.<br>10248 NW 62nd Ct<br>Pompano Beach, FL 33076 | ☒ Schedule D, line ___2.7___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Isuzu Finance of America, Inc. |
| 3.4 | All Paving, Inc.<br>10248 NW 62nd Ct<br>Pompano Beach, FL 33076 | ☒ Schedule D, line ___2.5___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>CIT Bank, N.A. |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1  Daren C. Daly

Case number *(if known)*  22-15694-SMG

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.5 | All Paving, Inc.<br>10248 NW 62nd Ct<br>Pompano Beach, FL 33076 | ☒ Schedule D, line ___2.9___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Kubota Credit Corporation U.S.A. |
| 3.6 | All Paving, Inc.<br>10248 NW 62nd Ct<br>Pompano Beach, FL 33076 | ☒ Schedule D, line ___2.2___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>BMO Transportation Finance |
| 3.7 | All Paving, Inc.<br>10248 NW 62nd Ct<br>Pompano Beach, FL 33076 | ☒ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Ally Financial, Inc. |
| 3.8 | All Paving, Inc.<br>10248 NW 62nd Ct<br>Pompano Beach, FL 33076 | ☒ Schedule D, line ___2.10___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>US Small Business Administration |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Daren C. Daly |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (If known) | 22-15694-SMG |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Employment status** | | ☒ Employed | ☐ Employed |
| | | ☐ Not employed | ☐ Not employed |
| **Occupation** | | Owner of Paving Company | |
| **Employer's name** | | All Paving, Inc. | |
| **Employer's address** | | 23123 N. State Road 7, Suite 250 Boca Raton, FL 33428 | |
| **How long employed there?** | | 9 years | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 29,033.33 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 29,033.33 | $ N/A |

Debtor 1    Daren C. Daly

Case number (*if known*)    22-15694-SMG

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................................... | 4. | $ 29,033.33 | $ N/A |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 8,012.33 | $ N/A |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 8,012.33    $ N/A

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.    7.    $ 21,021.00    $ N/A

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ N/A

8b. Interest and dividends    8b.    $ 0.00    $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ N/A

8d. Unemployment compensation    8d.    $ 0.00    $ N/A

8e. Social Security    8e.    $ 0.00    $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ N/A

8g. Pension or retirement income    8g.    $ 0.00    $ N/A

8h. Other monthly income. Specify: _____    8h.+    $ 0.00 +    $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 21,021.00 + $ N/A = $ 21,021.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.    +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 21,021.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: _____

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
</table>

Fill in this information to identify your case:

Debtor 1 __Daren C. Daly__

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number __22-15694-SMG__
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Your Household**

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ☒ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Son | 13 | ☐ No  ☒ Yes |
| | Daughter | 9 | ☐ No  ☒ Yes |
| | Daughter | 7 | ☐ No  ☒ Yes |
| | Son | 5 | ☐ No  ☒ Yes |
| | Son | 2 | ☐ No  ☒ Yes |
| | Son | 4 months | ☐ No  ☒ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

**Part 2:   Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ _____0.00__

   **If not included in line 4:**

   4a. Real estate taxes     4a. $ _____1,100.00__
   4b. Property, homeowner's, or renter's insurance     4b. $ _____400.00__
   4c. Home maintenance, repair, and upkeep expenses     4c. $ _____290.00__
   4d. Homeowner's association or condominium dues     4d. $ _____0.00__

5. **Additional mortgage payments for your residence,** such as home equity loans     5. $ _____0.00__

6. **Utilities:**

Debtor 1    Daren C. Daly                                    Case number (if known)    22-15694-SMG

| | | | |
|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. $ | 650.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ | 100.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 750.00 |
| 6d. | Other. Specify: | 6d. $ | 0.00 |
| **7.** | **Food and housekeeping supplies** | 7. $ | 1,400.00 |
| **8.** | **Childcare and children's education costs** | 8. $ | 3,800.00 |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| **10.** | **Personal care products and services** | 10. $ | 0.00 |
| **11.** | **Medical and dental expenses** | 11. $ | 0.00 |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 800.00 |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| **14.** | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | 545.00 |
| | 15b.  Health insurance | 15b. $ | 4,255.00 |
| | 15c.  Vehicle insurance | 15c. $ | 300.00 |
| | 15d.  Other insurance. Specify: | 15d. $ | 0.00 |
| **16.** | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| **17.** | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 986.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.  Other. Specify: | 17c. $ | 0.00 |
| | 17d.  Other. Specify: | 17d. $ | 0.00 |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. $ | 0.00 |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |
| **21.** | **Other:** Specify: | 21. +$ | 0.00 |

**22.  Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 15,376.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 15,376.00 |

**23.  Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a.  Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 21,021.00 |
| 23b.  Copy your monthly expenses from line 22c above. | 23b. -$ | 15,376.00 |
| 23c.  Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | 5,645.00 |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Daren C. Daly |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | 22-15694-SMG |

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

☐ Married
☒ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | $194,300.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2021 ) | ☒ Wages, commissions, bonuses, tips | $457,924.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  Daren C. Daly                                    Case number *(if known)*  22-15694-SMG

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| For the calendar year before that:<br>(January 1 to December 31, 2020 ) | ☒ Wages, commissions, bonuses, tips | $348,587.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

---

**Part 3:**  **List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☒ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
☐ No.    Go to line 7.
☒ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | 04/19/22 | $42,276.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other  Income Taxes |
| Capital One Bank<br>1680 Capital One Dr<br>Mc Lean, VA 22102 | 06/13/2022 | $11,739.75 | $0.00 | ☐ Mortgage<br>☐ Car<br>☒ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1   Daren C. Daly                                              Case number *(if known)*   22-15694-SMG

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Capital One Bank<br>1680 Capital One Dr<br>Mc Lean, VA 22102 | 07/12/2022 | $9,244.71 | $0.00 | ☐ Mortgage<br>☐ Car<br>☒ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Capital One Bank<br>1680 Capital One Dr<br>Mc Lean, VA 22102 | 07/22/2022 | $9,963.60 | $0.00 | ☐ Mortgage<br>☐ Car<br>☒ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Capital One Bank<br>1680 Capital One Dr<br>Mc Lean, VA 22102 | 07/26/2022 | $2,603.12 | $0.00 | ☐ Mortgage<br>☐ Car<br>☒ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| All Paving, Inc., All Paving & Sealcoating, LLC, Patrick Daly and Elizabeth Daly v. Daren C. Daly and Jamie A. Schindler<br>CACE 17-014794(09) | Civil | Broward County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| All Paving, Inc. v. All Paving & Sealcoating, LLC d/b/a 3-D Paving and Sealcoating, Patrick Daly, Elizabth Daly and Robert Holland<br>CACE 18-21093(08) | Civil | Broward County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    Daren C. Daly                                                              Case number *(if known)*    22-15694-SMG

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| All Paving & Sealcoating, LLC v. Daren C. Daly and Jamie A. Schindler<br>4D22-1825 | Civil | Fourth District Court of Appeals | ☐ Pending<br>☒ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☐ No
☒ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| The Soto Law Group, PA<br>2400 E. Commercial Blvd, Suite 400<br><br>Fort Lauderdale, FL 33308 | Withholding Business Funds<br>Last 4 digits of account number: _____ | 09/2021 | $55,000.00 |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

Debtor 1  Daren C. Daly                                      Case number (if known)  22-15694-SMG

---

| Part 7: | List Certain Payments or Transfers |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| DGIM Law, PLLC<br>2875 NE 191st Street, Suite 705<br>Miami, FL 33180 | | 06/21/22 and 07/17/22 | $68,143.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    Daren C. Daly                                    Case number *(if known)*    22-15694-SMG

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes.   Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☒ An officer, director, or managing executive of a corporation

☒ An owner of at least 5% of the voting or equity securities of a corporation

Debtor 1  Daren C. Daly        Case number *(if known)*  22-15694-SMG

☐  **No. None of the above applies.   Go to Part 12.**

☒  **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br><small>(Number, Street, City, State and ZIP Code)</small> | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| All Paving, Inc.<br>10248 NW 62nd Ct<br>Pompano Beach, FL 33076 | Paving Company<br><br>Fiske & Company, 1250 S. Pine Island Road, Suite 300, Plantation, FL 33324-4414 | **EIN:**  46-3704275<br><br>**From-To**  09/9/13- present |
| Resurface Industries, LLC<br>238 Catalonia Avenue<br>Ste 200<br>Miami, FL 33134 | Paving Company<br><br>Fiske & Company, 1250 S. Pine Island Road, Suite 300, Plantation, FL 33324-4414 | **EIN:**  None<br><br>**From-To**  04/15/22- Present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒  **No**
☐  **Yes. Fill in the details below.**

| Name<br>Address<br><small>(Number, Street, City, State and ZIP Code)</small> | Date Issued |
|---|---|
| | |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Daren C. Daly
_____      _____
Daren C. Daly                                  **Signature of Debtor 2**
**Signature of Debtor 1**

**Date**  August 9, 2022            **Date**  _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida, Fort Lauderdale Division

In re    Daren C. Daly                                                              Case No.    22-15694-SMG
                                                    Debtor(s)              Chapter    11

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

☒    Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____ )

☐    Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐    Copies of all payment advices **are not** attached because the debtor:
   ☐    receives disability payments
   ☐    is unemployed and does not receive unemployment compensation
   ☐    receives Social Security payments
   ☐    receives a pension
   ☐    does not work outside the home
   ☐    is self employed and does not receive payment advices

☐    None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

☐    Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____ )

☐    Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐    Copies of payment advices **are not** attached because the joint debtor:
   ☐    receives disability payments
   ☐    is unemployed and does not receive unemployment compensation
   ☐    receives Social Security payments
   ☐    receives a pension
   ☐    does not work outside the home
   ☐    is self employed and does not receive payment advices

☐    None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

LF-10 (rev. 12/01/09)                              Page 1 of 2

***NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).***

/s/ Daren C. Daly                                          Date:    August 9, 2022
Daren C. Daly
Signature of Attorney or Debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

# Check History Summary Report

ALL PAVING INC   (147254)

Check History For:

Daly, Daren[6]

| | | | |
|---|---|---|---|
| Check Date From | 5/27/2022 | Check Date To | 5/27/2022 |
| Reg Hours | 40.00 | Reg Pay | $6,700.00 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 0.00 | Other Pay | $0.00 |
| Total Hours | 40.00 | Gross Pay | $6,700.00 |
| Taxes | $2,647.60 | Net Pay | $4,527.78 |
| Deductions | $17.31 | Direct Deposit | $4,527.78 |
| | | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep ████9738 | 0.00 | $4,527.78 |
| Federal Income Tax | 6,440.38 | $1,662.22 |
| Florida SITW | 6,440.38 | $0.00 |
| Florida SUI | 0.00 | $0.00 |
| Fed Unemployment | 0.00 | $0.00 |
| Medicare | 6,440.38 | $93.39 |
| Medicare - Employer | 6,440.38 | $93.39 |
| Wimper | 0.00 | $259.62 |
| Regular | 40.00 | $6,700.00 |
| Reimbursement | 0.00 | ($259.62) |
| OASDI | 6,440.38 | $399.30 |
| OASDI - Employer | 6,440.38 | $399.30 |
| Admin Fee | 0.00 | $17.31 |

# Check History Summary Report

**Page 1 of 1**

ALL PAVING INC   (147254)

Check History For:

Daly, Daren[6]

| | | | |
|---|---|---|---|
| Check Date From | 6/3/2022 | Check Date To | 6/3/2022 |
| Reg Hours | 40.00 | Reg Pay | $6,700.00 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 0.00 | Other Pay | $0.00 |
| Total Hours | 40.00 | Gross Pay | $6,700.00 |
| Taxes | $2,647.60 | Net Pay | $4,527.78 |
| Deductions | $17.31 | Direct Deposit | $4,527.78 |
| | | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep ████9738 | 0.00 | $4,527.78 |
| Federal Income Tax | 6,440.38 | $1,662.22 |
| Florida SITW | 6,440.38 | $0.00 |
| Florida SUI | 0.00 | $0.00 |
| Fed Unemployment | 0.00 | $0.00 |
| Medicare | 6,440.38 | $93.39 |
| Medicare - Employer | 6,440.38 | $93.39 |
| Wimper | 0.00 | $259.62 |
| Regular | 40.00 | $6,700.00 |
| Reimbursement | 0.00 | ($259.62) |
| OASDI | 6,440.38 | $399.30 |
| OASDI - Employer | 6,440.38 | $399.30 |
| Admin Fee | 0.00 | $17.31 |

# Check History Summary Report

ALL PAVING INC   (147254)

Check History For:

Daly, Daren[6]

| | | | |
|---|---|---|---|
| Check Date From | 6/10/2022 | Check Date To | 6/10/2022 |
| Reg Hours | 40.00 | Reg Pay | $6,700.00 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 0.00 | Other Pay | $0.00 |
| Total Hours | 40.00 | Gross Pay | $6,700.00 |
| Taxes | $2,507.68 | Net Pay | $4,597.72 |
| Deductions | $17.31 | Direct Deposit | $4,597.72 |
| | | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep ████9738 | 0.00 | $4,597.72 |
| Federal Income Tax | 6,440.38 | $1,662.22 |
| Florida SITW | 6,440.38 | $0.00 |
| Florida SUI | 0.00 | $0.00 |
| Fed Unemployment | 0.00 | $0.00 |
| Medicare | 6,440.38 | $93.39 |
| Medicare - Employer | 6,440.38 | $93.39 |
| Wimper | 0.00 | $259.62 |
| Regular | 40.00 | $6,700.00 |
| Reimbursement | 0.00 | ($259.62) |
| OASDI | 5,311.64 | $329.36 |
| OASDI - Employer | 5,311.64 | $329.32 |
| Admin Fee | 0.00 | $17.31 |

# Check History Summary Report

ALL PAVING INC   (147254)

Check History For:

Daly, Daren[6]

| | | | |
|---|---|---|---|
| Check Date From | 6/17/2022 | Check Date To | 6/17/2022 |
| Reg Hours | 40.00 | Reg Pay | $6,700.00 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 0.00 | Other Pay | $0.00 |
| Total Hours | 40.00 | Gross Pay | $6,700.00 |
| Taxes | $1,849.00 | Net Pay | $4,927.08 |
| Deductions | $17.31 | Direct Deposit | $4,927.08 |
| | | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep █████9738 | 0.00 | $4,927.08 |
| Federal Income Tax | 6,440.38 | $1,662.22 |
| Florida SITW | 6,440.38 | $0.00 |
| Florida SUI | 0.00 | $0.00 |
| Fed Unemployment | 0.00 | $0.00 |
| Medicare | 6,440.38 | $93.39 |
| Medicare - Employer | 6,440.38 | $93.39 |
| Wimper | 0.00 | $259.62 |
| Regular | 40.00 | $6,700.00 |
| Reimbursement | 0.00 | ($259.62) |
| OASDI | 0.00 | $0.00 |
| OASDI - Employer | 0.00 | $0.00 |
| Admin Fee | 0.00 | $17.31 |

**Check History Summary Report**

ALL PAVING INC   (147254)

Check History For:

Daly, Daren[6]

| | | | |
|---|---|---|---|
| Check Date From | 6/24/2022 | Check Date To | 6/24/2022 |
| Reg Hours | 40.00 | Reg Pay | $6,700.00 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 0.00 | Other Pay | $0.00 |
| Total Hours | 40.00 | Gross Pay | $6,700.00 |
| Taxes | $1,849.00 | Net Pay | $4,927.08 |
| Deductions | $17.31 | Direct Deposit | $4,927.08 |
| | | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep ████9738 | 0.00 | $4,927.08 |
| Federal Income Tax | 6,440.38 | $1,662.22 |
| Florida SITW | 6,440.38 | $0.00 |
| Florida SUI | 0.00 | $0.00 |
| Fed Unemployment | 0.00 | $0.00 |
| Medicare | 6,440.38 | $93.39 |
| Medicare - Employer | 6,440.38 | $93.39 |
| Wimper | 0.00 | $259.62 |
| Regular | 40.00 | $6,700.00 |
| Reimbursement | 0.00 | ($259.62) |
| OASDI | 0.00 | $0.00 |
| OASDI - Employer | 0.00 | $0.00 |
| Admin Fee | 0.00 | $17.31 |

# Check History Summary Report

**Page 1 of 1**

ALL PAVING INC   (147254)

Check History For:

Daly, Daren[6]

| | | | |
|---|---|---|---|
| Check Date From | 7/1/2022 | Check Date To | 7/1/2022 |
| Reg Hours | 40.00 | Reg Pay | $6,700.00 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 0.00 | Other Pay | $0.00 |
| Total Hours | 40.00 | Gross Pay | $6,700.00 |
| Taxes | $1,849.00 | Net Pay | $4,927.08 |
| Deductions | $17.31 | Direct Deposit | $4,927.08 |
| | | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep █████9738 | 0.00 | $4,927.08 |
| Federal Income Tax | 6,440.38 | $1,662.22 |
| Florida SITW | 6,440.38 | $0.00 |
| Florida SUI | 0.00 | $0.00 |
| Fed Unemployment | 0.00 | $0.00 |
| Medicare | 6,440.38 | $93.39 |
| Medicare - Employer | 6,440.38 | $93.39 |
| Wimper | 0.00 | $259.62 |
| Regular | 40.00 | $6,700.00 |
| Reimbursement | 0.00 | ($259.62) |
| OASDI | 0.00 | $0.00 |
| OASDI - Employer | 0.00 | $0.00 |
| Admin Fee | 0.00 | $17.31 |

# Check History Summary Report

**ALL PAVING INC   (147254)**

Check History For:

Daly, Daren[6]

| | | | |
|---|---|---|---|
| Check Date From | 7/8/2022 | Check Date To | 7/8/2022 |
| Reg Hours | 40.00 | Reg Pay | $6,700.00 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 0.00 | Other Pay | $0.00 |
| Total Hours | 40.00 | Gross Pay | $6,700.00 |
| Taxes | $1,848.96 | Net Pay | $4,927.12 |
| Deductions | $17.31 | Direct Deposit | $4,927.12 |
| | | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep ████████9738 | 0.00 | $4,927.12 |
| Federal Income Tax | 6,440.38 | $1,662.22 |
| Florida SITW | 6,440.38 | $0.00 |
| Florida SUI | 0.00 | $0.00 |
| Fed Unemployment | 0.00 | $0.00 |
| Medicare | 6,440.38 | $93.35 |
| Medicare - Employer | 6,440.38 | $93.39 |
| Wimper | 0.00 | $259.62 |
| Regular | 40.00 | $6,700.00 |
| Reimbursement | 0.00 | ($259.62) |
| OASDI | 0.00 | $0.00 |
| OASDI - Employer | 0.00 | $0.00 |
| Admin Fee | 0.00 | $17.31 |

# Check History Summary Report

**Page 1 of 1**

ALL PAVING INC   (147254)

Check History For:

Daly, Daren[6]

| | | | |
|---|---|---|---|
| Check Date From | 7/15/2022 | Check Date To | 7/15/2022 |
| Reg Hours | 32.00 | Reg Pay | $5,360.00 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 8.00 | Other Pay | $1,340.00 |
| Total Hours | 40.00 | Gross Pay | $6,700.00 |
| Taxes | $1,849.00 | Net Pay | $4,927.08 |
| Deductions | $17.31 | Direct Deposit | $4,927.08 |
| | | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep ▮▮▮▮9738 | 0.00 | $4,927.08 |
| Federal Income Tax | 6,440.38 | $1,662.22 |
| Florida SITW | 6,440.38 | $0.00 |
| Florida SUI | 0.00 | $0.00 |
| Fed Unemployment | 0.00 | $0.00 |
| Holiday | 8.00 | $1,340.00 |
| Medicare | 6,440.38 | $93.39 |
| Medicare - Employer | 6,440.38 | $93.39 |
| Wimper | 0.00 | $259.62 |
| Regular | 32.00 | $5,360.00 |
| Reimbursement | 0.00 | ($259.62) |
| OASDI | 0.00 | $0.00 |
| OASDI - Employer | 0.00 | $0.00 |
| Admin Fee | 0.00 | $17.31 |

# Check History Summary Report

ALL PAVING INC   (147254)

Check History For:

Daly, Daren[6]

| | | | |
|---|---|---|---|
| Check Date From | 7/22/2022 | Check Date To | 7/22/2022 |
| Reg Hours | 40.00 | Reg Pay | $6,700.00 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 0.00 | Other Pay | $0.00 |
| Total Hours | 40.00 | Gross Pay | $6,700.00 |
| Taxes | $1,849.00 | Net Pay | $4,927.08 |
| Deductions | $17.31 | Direct Deposit | $4,927.08 |
| | | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep ████9738 | 0.00 | $4,927.08 |
| Federal Income Tax | 6,440.38 | $1,662.22 |
| Florida SITW | 6,440.38 | $0.00 |
| Florida SUI | 0.00 | $0.00 |
| Fed Unemployment | 0.00 | $0.00 |
| Medicare | 6,440.38 | $93.39 |
| Medicare - Employer | 6,440.38 | $93.39 |
| Wimper | 0.00 | $259.62 |
| Regular | 40.00 | $6,700.00 |
| Reimbursement | 0.00 | ($259.62) |
| OASDI | 0.00 | $0.00 |
| OASDI - Employer | 0.00 | $0.00 |
| Admin Fee | 0.00 | $17.31 |

# Check History Summary Report

ALL PAVING INC   (147254)

Check History For:

Daly, Daren[6]

| | | | |
|---|---|---|---|
| Check Date From | 7/29/2022 | Check Date To | 7/29/2022 |
| Reg Hours | 40.00 | Reg Pay | $6,700.00 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 0.00 | Other Pay | $0.00 |
| Total Hours | 40.00 | Gross Pay | $6,700.00 |
| Taxes | $1,849.00 | Net Pay | $4,927.08 |
| Deductions | $17.31 | Direct Deposit | $4,927.08 |
| | | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep █████9738 | 0.00 | $4,927.08 |
| Federal Income Tax | 6,440.38 | $1,662.22 |
| Florida SITW | 6,440.38 | $0.00 |
| Florida SUI | 0.00 | $0.00 |
| Fed Unemployment | 0.00 | $0.00 |
| Medicare | 6,440.38 | $93.39 |
| Medicare - Employer | 6,440.38 | $93.39 |
| Wimper | 0.00 | $259.62 |
| Regular | 40.00 | $6,700.00 |
| Reimbursement | 0.00 | ($259.62) |
| OASDI | 0.00 | $0.00 |
| OASDI - Employer | 0.00 | $0.00 |
| Admin Fee | 0.00 | $17.31 |