**Fill in this information to identify your case:**

Debtor 1: Daren C. Daly
  First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number: 22-15694-SMG
(if known)

☒ Check if this is an amended filing

# B 104
## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                                             12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Ally Financial, Inc.
c/o Ally Detroit Center, 500 Woodward Avenue
Detroit, MI 48226

Contact

Contact phone

What is the nature of the claim?    $0.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured)    Unknown
        Value of security:    - $0.00
        Unsecured claim    $0.00

**2**
BMO Transportation Finance
300 E. John Carpenter Freeway, Suite 500
Irving, TX 75062

Contact

Contact phone

What is the nature of the claim?    $0.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured)    Unknown
        Value of security:    - $0.00
        Unsecured claim    $0.00

Debtor 1  **Daren C. Daly**    Case number *(if known)*  22-15694-SMG

---

**3**

Cadence Bank, N.A.
Bus Bkg FL Sarasota, 25 South Links Ave

Sarasota, FL 34236

Contact

Contact phone

**What is the nature of the claim?**    $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)    Unknown
    Value of security:    - $0.00
    Unsecured claim    $0.00

---

**4**

Capital One Bank
1680 Capital One Dr
Mc Lean, VA 22102

Contact

Contact phone

**What is the nature of the claim?**    Credit card purchases    $13,151.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

---

**5**

Capital One Bank
1680 Capital One Dr
Mc Lean, VA 22102

Contact

Contact phone

**What is the nature of the claim?**    $7,981.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

---

**6**

Caterpillar Finance
PO Box 340001
Nashville, TN 37203-0001

Contact

**What is the nature of the claim?**    $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)    Unknown

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2022 Best Case, LLC   - www.bestcase.com    Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor 1   Daren C. Daly | Case number (if known) | 22-15694-SMG |

Contact phone

Value of security: - $0.00
Unsecured claim       $0.00

---

**7**

CIT Bank, N.A.
10201 Centurion Parkway N. 100
Jacksonville, FL 32256

**What is the nature of the claim?**                $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)    Unknown
    Value of security:    - $0.00
    Unsecured claim        $0.00

Contact

Contact phone

---

**8**

Clayton Trial Lawyers
401 E. Las Olas Blvd
Ste 1400
Fort Lauderdale, FL 33301

**What is the nature of the claim?**                $114,308.50

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**9**

Isuzu Finance of America, Inc.
2500 Westchester Ave, Suite 312
Attn:   Operations
Purchase, NY 10577

**What is the nature of the claim?**                $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)    Unknown
    Value of security:    - $0.00
    Unsecured claim        $0.00

Contact

Contact phone

---

**10**

Komatsu Financial
c/o Linder Industrial Machinery,
1601 S. Frontage Road
Plant City, FL 33563-2014

**What is the nature of the claim?**                $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

B 104 (Official Form 104)       For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       Page 3

Software Copyright (c) 1996-2022 Best Case, LLC   - www.bestcase.com                                                Best Case Bankruptcy

| Debtor 1 | Daren C. Daly | Case number (if known) | 22-15694-SMG |
|---|---|---|---|

|   |   | ☐ No |   |
|---|---|---|---|
|   | Contact | ☒ Yes. Total claim (secured and unsecured) | Unknown |
|   |   | Value of security: | - $0.00 |
|   | Contact phone | Unsecured claim | $0.00 |

**1**

Kubota Credit Corporation U.S.A.
1000 Kubota Drive
Grapevine, TX 76051

What is the nature of the claim?                                           $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

☐ No
☒ Yes. Total claim (secured and unsecured)        Unknown
       Value of security:                      - $0.00
Contact phone        Unsecured claim                   $0.00

**12**

Tax Collector Palm Beach County
Attn:   Anne M. Gannon, P.O. Box 3353
West Palm Beach, FL 33402-3353

What is the nature of the claim?                                           $2,691.68

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

☒ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:                      -
Contact phone        Unsecured claim

**13**

The Meadow Run Association, Inc.
c/o Paul J. Milberg, Esq.
5550 Glades Road, Suite 630
Boca Raton, FL 33431

What is the nature of the claim?                                           $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

☒ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:                      -
Contact phone        Unsecured claim

**14**

The Soto Law Group, PA
2400 E. Commercial Blvd, Suite 400

What is the nature of the claim?                                           $70,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2022 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Daren C. Daly | Case number *(if known)* | 22-15694-SMG |
|---|---|---|---|

Fort Lauderdale, FL 33308

☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**15**

UHealth
POB 2978
Muncie, IN 47307-0978

**What is the nature of the claim?**      $4,587.62

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**16**

US Small Business Administration
299 E. Broward Blvd
Fort Lauderdale, FL 33301

**What is the nature of the claim?**      $500,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)    $500,000.00
    Value of security: - $0.00
    Unsecured claim    $500,000.00

Contact

Contact phone

---

**Part 2:** **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   /s/ Daren C. Daly                       X
    Daren C. Daly                             Signature of Debtor 2
    Signature of Debtor 1

Date   August 9, 2022                     Date

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2022 Best Case, LLC   - www.bestcase.com           Best Case Bankruptcy