**Fill in this information to identify the case:**

Debtor Name    Daren C. Daly

United States Bankruptcy Court for the:  Southern    District of  Florida
                                                                                (State)

Case number:  22-15694-SMG

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of  07-31-22  on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| All Paving, Inc. | 100% | A1, B, C, D, E |
| Resurface Industries, LLC | 100% | A2, B, C, D, E |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   Daren C. Daly                              Case number   22-15694-SMG

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| **For non-individual Debtors:** | ✖ _____ |
| | Signature of Authorized Individual |
| | _____ |
| | Printed name of Authorized Individual |
| | Date _____ |
| | MM / DD / YYYY |

| **For individual Debtors:** | ✖ _____ | ✖ _____ |
| | DocuSigned by: | |
| | _____DCFC694225B648B... | |
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | Daren C. Daly | |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date 8/18/2022 | Date _____ |
| | MM / DD / YYYY | MM / DD / YYYY |

# <u>EXHIBIT A-1</u>

All Paving Inc. – Business Statements

Balance Sheet- June & July 2022

Profit and Loss Statement- June & July 2022

Statement of Cash Flow through July 31, 2022



# All Paving Inc

Balance Sheet

As of June 30, 2022

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Seacoast Bank-5801 | 100.00 |
| SunTrust - Checking 0643 | 11,775.88 |
| SunTrust - Checking 4022 | 58,410.38 |
| SunTrust - Money Market 6451 | 209,042.54 |
| **Total Bank Accounts** | **$279,328.80** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 708,217.71 |
| **Total Accounts Receivable** | **$708,217.71** |
| Other Current Assets | |
| Costs In Excess of Billing | 0.00 |
| Deposited Payments | 0.00 |
| Employee Advance | 9,239.72 |
| Exchange | 0.00 |
| Payroll Advances | 0.00 |
| Prepaid Expenses | 0.00 |
| Prepaid interest | 0.00 |
| Refundable Expenses | 0.00 |
| Undeposited Funds | 0.00 |
| Undeposited Funds - old ac | 0.00 |
| **Total Other Current Assets** | **$9,239.72** |
| **Total Current Assets** | **$996,786.23** |
| Fixed Assets | |
| Machinery & Equipment | 1,556,748.72 |
| Office Equipment & Computers | 6,467.33 |
| Trailers | 114,697.28 |
| Transportation Equipment | 739,403.16 |
| z-Accumulated Depreciation | -1,889,124.79 |
| **Total Fixed Assets** | **$528,191.70** |
| Other Assets | |
| Notes Receivable | 144,716.31 |
| Security Deposit | 2,035.00 |
| **Total Other Assets** | **$146,751.31** |
| **TOTAL ASSETS** | **$1,671,729.24** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 348,179.15 |
| **Total Accounts Payable** | **$348,179.15** |

|  | TOTAL |
|---|---|
| Credit Cards | |
| Capital One  5711 | 14,962.15 |
| Chevron/Texaco | 0.00 |
| **Total Credit Cards** | **$14,962.15** |
| Other Current Liabilities | |
| Accrued Expenses | 0.00 |
| Billing In Excess of Costs | 0.00 |
| Deposits - Customers | 0.00 |
| Due to All Paving & Sealcoating LLC | 0.00 |
| Payroll Taxes Payable | 134.32 |
| z-Current Portion of Long-Term Debt | 408,807.63 |
| **Total Other Current Liabilities** | **$408,941.95** |
| **Total Current Liabilities** | **$772,083.25** |
| Long-Term Liabilities | |
| Ally-16 Isuzu NQR $946.44 | 0.00 |
| Ally-16 Isuzu NQR $959.66 | 0.00 |
| Ally-17 Ford Super Duty - $1,270.14 | 17,901.35 |
| Ally-17 Hino $1,042.49 | 286.89 |
| Ally-18 F-350 $695.15 | 17,827.32 |
| Ameris Bank-2019 CAT Skid Steer 262D3 $1,244.67 | 0.00 |
| Ameris Bank-2019 Weiler Paver P385B $3,751.90 | 0.00 |
| Ameris Bank-CAT Paver $4,606.79 | 0.00 |
| Bank of the West - 2017 Bomag BW11RH-5 Roller $2,116.43 | 0.00 |
| Bank of the West - 2017 Bomag BW120SL Roller $1,111.05 | 0.00 |
| Bank of the West - 2017 Bomag BW38 Roller $1,433.71 | 0.00 |
| BMO-2019 Hino $1,328.16 | 46,876.89 |
| Cadence Bank-2019 262D Skid Steer $1,183.48 | 29,055.19 |
| Cadence Bank-2019 CAT Paver $2,097.28 | 51,477.78 |
| Cadence Bank-2019 Weiler Paver $4,449.29 | 109,238.92 |
| CAT Commercial - Milling Head $1,000.00 | 0.00 |
| CAT Financial - 262D Skid Steer $1,242.84 | 17,432.42 |
| CAT Financial - 262D Skid Steer $942.23 | 16,035.29 |
| CIT Bank-2017 Kenworth T880 $2,458.07 | 65,016.32 |
| COVID 19 Seacoast Payroll Protection Program | 0.00 |
| COVID 19 SunTrust Payroll Protection Program | 0.00 |
| Daren Daly Contribution | 0.00 |
| GM Financial -Suburban | 0.00 |
| Isuzu Finance-2016 Isuzu NPR $610.02 | 13,717.87 |
| Isuzu Finance-2018 Kenworth Tractor $3,069.21 | 0.00 |
| Komatsu Financial - Hamm HD14i VV Roller - $1,253.11 | 30,657.76 |
| Komatsu Financial - Milling Machine-W 200i - $10,345.99 | 0.00 |
| Kubota Credit Corp-4wd Hst Cab Tractor $1,089.60 | 15,029.14 |
| PNC Equipment Finance-Toro Walk Behind Trencher $578.91 | 0.00 |
| SBAD TREAS 310 | 499,900.00 |
| Suntrust Commercial Loan | 0.00 |
| Wells Fargo-Bobcat Sweeper $220.27 | 0.00 |
| Wells Fargo-Bobcat Sweepers $263.00 | 0.00 |
| z-Less Current Portion of Long-Tem Debt | -408,807.63 |
| **Total Long-Term Liabilities** | **$521,645.51** |

| | TOTAL |
|---|---|
| **Total Liabilities** | **$1,293,728.76** |
| Equity | |
| Dividend Paid | -114,805.14 |
| Opening Balance Equity | 36,409.88 |
| Retained Earnings | 584,928.26 |
| Taxes Expense | 0.00 |
| Net Income | -128,532.52 |
| **Total Equity** | **$378,000.48** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,671,729.24** |

# All Paving Inc

## Balance Sheet

### As of July 21, 2022

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Seacoast Bank-5801 | 100.00 |
| SunTrust - Checking 0643 | -80,537.50 |
| SunTrust - Checking 4022 | 34,410.38 |
| SunTrust - Money Market 6451 | 149,042.54 |
| **Total Bank Accounts** | **$103,015.42** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 822,258.86 |
| **Total Accounts Receivable** | **$822,258.86** |
| Other Current Assets | |
| Costs In Excess of Billing | 0.00 |
| Deposited Payments | 0.00 |
| Employee Advance | 9,239.72 |
| Exchange | 0.00 |
| Payroll Advances | 0.00 |
| Prepaid Expenses | 0.00 |
| Prepaid interest | 0.00 |
| Refundable Expenses | 0.00 |
| Undeposited Funds | 0.00 |
| Undeposited Funds - old ac | 0.00 |
| **Total Other Current Assets** | **$9,239.72** |
| **Total Current Assets** | **$934,514.00** |
| Fixed Assets | |
| Machinery & Equipment | 1,556,748.72 |
| Office Equipment & Computers | 6,467.33 |
| Trailers | 114,697.28 |
| Transportation Equipment | 739,403.16 |
| z-Accumulated Depreciation | -1,889,124.79 |
| **Total Fixed Assets** | **$528,191.70** |
| Other Assets | |
| Notes Receivable | 144,716.31 |
| Security Deposit | 2,035.00 |
| **Total Other Assets** | **$146,751.31** |
| **TOTAL ASSETS** | **$1,609,457.01** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 278,774.97 |
| **Total Accounts Payable** | **$278,774.97** |

| | TOTAL |
|---|---|
| Credit Cards | |
| Capital One  5711 | 12,890.21 |
| Chevron/Texaco | 0.00 |
| **Total Credit Cards** | **$12,890.21** |
| Other Current Liabilities | |
| Accrued Expenses | 0.00 |
| Billing In Excess of Costs | 0.00 |
| Deposits - Customers | 0.00 |
| Due to All Paving & Sealcoating LLC | 0.00 |
| Payroll Taxes Payable | 134.32 |
| z-Current Portion of Long-Term Debt | 408,807.63 |
| **Total Other Current Liabilities** | **$408,941.95** |
| **Total Current Liabilities** | **$700,607.13** |
| Long-Term Liabilities | |
| Ally-16 Isuzu NQR $946.44 | 0.00 |
| Ally-16 Isuzu NQR $959.66 | 0.00 |
| Ally-17 Ford Super Duty - $1,270.14 | 16,631.21 |
| Ally-17 Hino $1,042.49 | -443.35 |
| Ally-18 F-350 $695.15 | 17,827.32 |
| Ameris Bank-2019 CAT Skid Steer 262D3 $1,244.67 | 0.00 |
| Ameris Bank-2019 Weiler Paver P385B $3,751.90 | 0.00 |
| Ameris Bank-CAT Paver $4,606.79 | 0.00 |
| Bank of the West - 2017 Bomag BW11RH-5 Roller $2,116.43 | 0.00 |
| Bank of the West - 2017 Bomag BW120SL Roller $1,111.05 | 0.00 |
| Bank of the West - 2017 Bomag BW38 Roller $1,433.71 | 0.00 |
| BMO-2019 Hino $1,328.16 | 45,548.73 |
| Cadence Bank-2019 262D Skid Steer $1,183.48 | 29,055.19 |
| Cadence Bank-2019 CAT Paver $2,097.28 | 49,380.50 |
| Cadence Bank-2019 Weiler Paver $4,449.29 | 109,238.92 |
| CAT Commercial - Milling Head $1,000.00 | 0.00 |
| CAT Financial - 262D Skid Steer $1,242.84 | 16,178.56 |
| CAT Financial - 262D Skid Steer $942.23 | 15,088.15 |
| CIT Bank-2017 Kenworth T880 $2,458.07 | 65,016.32 |
| COVID 19 Seacoast Payroll Protection Program | 0.00 |
| COVID 19 SunTrust Payroll Protection Program | 0.00 |
| Daren Daly Contribution | 0.00 |
| GM Financial -Suburban | 0.00 |
| Isuzu Finance-2016 Isuzu NPR $610.02 | 13,717.87 |
| Isuzu Finance-2018 Kenworth Tractor $3,069.21 | 0.00 |
| Komatsu Financial - Hamm HD14i VV Roller - $1,253.11 | 30,657.76 |
| Komatsu Financial - Milling Machine-W 200i - $10,345.99 | 0.00 |
| Kubota Credit Corp-4wd Hst Cab Tractor $1,089.60 | 13,940.14 |
| PNC Equipment Finance-Toro Walk Behind Trencher $578.91 | 0.00 |
| SBAD TREAS 310 | 499,900.00 |
| Suntrust Commercial Loan | 0.00 |
| Wells Fargo-Bobcat Sweeper $220.27 | 0.00 |
| Wells Fargo-Bobcat Sweepers $263.00 | 0.00 |
| z-Less Current Portion of Long-Tem Debt | -408,807.63 |
| **Total Long-Term Liabilities** | **$512,929.69** |

|  | TOTAL |
|---|---|
| **Total Liabilities** | **$1,213,536.82** |
| Equity | |
| Dividend Paid | -114,805.14 |
| Opening Balance Equity | 36,409.88 |
| Retained Earnings | 584,928.26 |
| Taxes Expense | 0.00 |
| Net Income | -110,612.81 |
| **Total Equity** | **$395,920.19** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,609,457.01** |



# All Paving Inc

Profit and Loss

June 2022

| | TOTAL |
|---|---|
| **Income** | |
| Sales | 7,233.13 |
| Asphalt Services | 365,873.12 |
| Concrete Services | 0.00 |
| Misc. Work | 1,040.00 |
| Permit Fees | 5,741.77 |
| Striping | 3,950.00 |
| **Total Sales** | **383,838.02** |
| z-Returns and Allowances | |
| Discount | -27,231.00 |
| **Total z-Returns and Allowances** | **-27,231.00** |
| **Total Income** | **$356,607.02** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | |
| Auto & Truck | 974.71 |
| Delivery/Towing Fees | 892.75 |
| Fuel | 21,479.09 |
| GPS Tracking | 333.97 |
| Registration & Fines | 294.70 |
| Repairs & Maintenance | 7,354.45 |
| Sunpass | 700.00 |
| Tires & Tire Service | 1,575.92 |
| Trucking | 56,657.15 |
| **Total Auto & Truck** | **90,262.74** |
| Equipment Rental | 487.58 |
| Equipment Repairs and Maintenance | 11,276.44 |
| Job Materials | 199,660.67 |
| Other Job Related Costs | |
| Uniforms/Safety Vests/Hard Hats | 522.43 |
| **Total Other Job Related Costs** | **522.43** |
| Sub-Contractor | 8,632.00 |
| **Total Cost of Goods Sold** | **310,841.86** |
| **Total Cost of Goods Sold** | **$310,841.86** |
| **GROSS PROFIT** | **$45,765.16** |
| **Expenses** | |
| Advertising & Marketing | 479.18 |
| Google Adwords | 289.78 |
| **Total Advertising & Marketing** | **768.96** |
| Bank Charges & Fees | 0.00 |
| Analysis & Maintenance Fees | 309.00 |
| **Total Bank Charges & Fees** | **309.00** |
| Charitable Contributions | 52.50 |

|  | TOTAL |
|---|---|
| Computer and Internet |  |
|   Internet | 313.35 |
|   Software | 285.96 |
| **Total Computer and Internet** | **599.31** |
| Dues & subscriptions | 598.10 |
| Insurance | 23,287.71 |
|   Health | 1,478.19 |
| **Total Insurance** | **24,765.90** |
| Legal & Professional Services | 32,637.52 |
| Meals & Entertainment | 481.49 |
| Office Supplies | 306.79 |
| Outside Services |  |
|   Telephone Answering Service | 81.96 |
| **Total Outside Services** | **81.96** |
| Payroll | 94,978.05 |
| Postage | 319.10 |
| Rent & Lease | 3,254.07 |
| Taxes | 4,542.75 |
| Telephone | 436.88 |
| Website Expenses |  |
|   Website-Internet Service | 279.00 |
| **Total Website Expenses** | **279.00** |
| **Total Expenses** | **$164,411.38** |
| NET OPERATING INCOME | **$ -118,646.22** |
| Other Income |  |
|   Interest Income | 1.82 |
|   Rewards Income | -3,542.14 |
| **Total Other Income** | **$ -3,540.32** |
| Other Expenses |  |
|   Penalties | 507.00 |
| **Total Other Expenses** | **$507.00** |
| NET OTHER INCOME | **$ -4,047.32** |
| NET INCOME | **$ -122,693.54** |



# All Paving Inc

## Profit and Loss

### July 2022

|  | TOTAL |
|---|---:|
| **Income** | |
| Sales | 42,940.00 |
| Asphalt Services | 274,840.00 |
| Concrete Services | 21,776.00 |
| Misc. Work | 35,750.00 |
| Sealcoating | 16,159.00 |
| Striping | 34,061.10 |
| **Total Sales** | **425,526.10** |
| **Total Income** | **$425,526.10** |
| Cost of Goods Sold | |
| Cost of Goods Sold | |
| Auto & Truck | **64,343.09** |
| Equipment Repairs and Maintenance | 6,313.77 |
| Job Materials | 117,878.33 |
| Other Job Related Costs | |
| Dump Fees,Shop/Waste Pickup | 40.00 |
| Uniforms/Safety Vests/Hard Hats | 337.95 |
| **Total Other Job Related Costs** | **377.95** |
| Permit Fees | 257.64 |
| Proctor & Densities Testing | 775.00 |
| Small Tools & Equipment | 2,486.68 |
| Sub-Contractor | 15,230.10 |
| **Total Cost of Goods Sold** | **207,662.56** |
| **Total Cost of Goods Sold** | **$207,662.56** |
| **GROSS PROFIT** | **$217,863.54** |
| **Expenses** | |
| Advertising & Marketing | 479.18 |
| Google Adwords | 279.99 |
| **Total Advertising & Marketing** | **759.17** |
| Bad Debt Expense | 14,316.55 |
| Bank Charges & Fees | 355.00 |
| Charitable Contributions | 52.50 |
| Computer and Internet | |
| Internet | 313.84 |
| Software | 245.96 |
| **Total Computer and Internet** | **559.80** |
| Dues & subscriptions | 141.00 |
| Education and Training | 269.95 |
| Insurance | 17,642.00 |
| Health | 1,478.19 |
| **Total Insurance** | **19,120.19** |
| Legal & Professional Services | 62,290.00 |

| | TOTAL |
|---|---|
| Meals & Entertainment | 576.38 |
| Office Supplies | 411.21 |
| Outside Services | |
|   Telephone Answering Service | 84.32 |
| **Total Outside Services** | **84.32** |
| Payroll | 107,349.59 |
| Postage | 278.69 |
| Rent & Lease | 3,316.20 |
| Repairs & Maintenance | 205.44 |
| Taxes & Licenses | 113.50 |
| Telephone | 413.68 |
| Website Expenses | |
|   Website-Internet Service | 279.00 |
| **Total Website Expenses** | **279.00** |
| **Total Expenses** | **$210,892.17** |
| NET OPERATING INCOME | **$6,971.37** |
| Other Income | |
|   Interest Income | 1.37 |
|   Rewards Income | 3,542.14 |
| **Total Other Income** | **$3,543.51** |
| NET OTHER INCOME | **$3,543.51** |
| NET INCOME | **$10,514.88** |

# All Paving Inc

## Statement of Cash Flows

### January 1 - July 21, 2022

|  | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -110,612.81 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable (A/R) | 326,161.98 |
| Accounts Payable (A/P) | -29,662.59 |
| Capital One  5711 | 1,100.52 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **297,599.91** |
| **Net cash provided by operating activities** | **$186,987.10** |
| FINANCING ACTIVITIES | |
| Ally-17 Ford Super Duty - $1,270.14 | -8,890.98 |
| Ally-17 Hino $1,042.49 | -4,900.20 |
| Ally-18 F-350 $695.15 | -4,170.90 |
| BMO-2019 Hino $1,328.16 | -9,297.12 |
| Cadence Bank-2019 262D Skid Steer $1,183.48 | -7,100.88 |
| Cadence Bank-2019 CAT Paver $2,097.28 | -14,680.96 |
| Cadence Bank-2019 Weiler Paver $4,449.29 | -26,695.74 |
| CAT Financial - 262D Skid Steer $1,242.84 | -8,777.02 |
| CAT Financial - 262D Skid Steer $942.23 | -6,629.98 |
| CIT Bank-2017 Kenworth T880 $2,458.07 | -14,748.42 |
| Isuzu Finance-2016 Isuzu NPR $610.02 | -3,961.14 |
| Isuzu Finance-2018 Kenworth Tractor $3,069.21 | -30,720.99 |
| Komatsu Financial - Hamm HD14i VV Roller - $1,253.11 | -7,997.70 |
| Komatsu Financial - Milling Machine-W 200i - $10,345.99 | -81,895.94 |
| Kubota Credit Corp-4wd Hst Cab Tractor $1,089.60 | -7,623.00 |
| Opening Balance Equity | 36,409.88 |
| **Net cash provided by financing activities** | **$ -201,681.09** |
| **NET CASH INCREASE FOR PERIOD** | **$ -14,693.99** |
| Cash at beginning of period | 117,709.41 |
| CASH AT END OF PERIOD | **$103,015.42** |

# EXHIBIT A-2

Resurface Industries, LLC - Business Statements

Balance Sheet- June & July 2022

Profit and Loss Statement- June & July 2022

Statement of Cash Flow through July 31, 2022

# Resurface Industries LLC

**Resurface**
Industries

Balance Sheet

As of June 30, 2022

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Business Checking 21 (2161) - 2 | 94,004.03 |
| **Total Bank Accounts** | **$94,004.03** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 239,304.00 |
| **Total Accounts Receivable** | **$239,304.00** |
| **Total Current Assets** | **$333,308.03** |
| Fixed Assets | |
| Machinery & Equipment | 23,398.94 |
| Transportation Equipment | 13,011.04 |
| **Total Fixed Assets** | **$36,409.98** |
| **TOTAL ASSETS** | **$369,718.01** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 145,560.46 |
| **Total Accounts Payable** | **$145,560.46** |
| Credit Cards | |
| XXXX1903 - 1 | 12,854.77 |
| **Total Credit Cards** | **$12,854.77** |
| **Total Current Liabilities** | **$158,415.23** |
| Long-Term Liabilities | |
| Long Term Liabilities | |
| Isuzu Finance-2018 Kenworth Tractor | 9,469.05 |
| Komatsu Financial - Milling Machine-W 200i | 11,699.52 |
| **Total Long Term Liabilities** | **21,168.57** |
| **Total Long-Term Liabilities** | **$21,168.57** |
| **Total Liabilities** | **$179,583.80** |
| Equity | |
| Opening balance equity | 0.00 |
| Owner investments | 25,100.00 |
| Retained Earnings | |
| Net Income | 165,034.21 |
| **Total Equity** | **$190,134.21** |
| **TOTAL LIABILITIES AND EQUITY** | **$369,718.01** |



# Resurface Industries LLC

Balance Sheet

As of July 31, 2022

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Business Checking 21 (2161) - 2 | 5,488.87 |
| **Total Bank Accounts** | **$5,488.87** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 188,429.00 |
| **Total Accounts Receivable** | **$188,429.00** |
| **Total Current Assets** | **$193,917.87** |
| Fixed Assets | |
| Machinery & Equipment | 68,598.94 |
| Trailers | 4,500.00 |
| Transportation Equipment | 13,011.04 |
| **Total Fixed Assets** | **$86,109.98** |
| **TOTAL ASSETS** | **$280,027.85** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 45,122.52 |
| **Total Accounts Payable** | **$45,122.52** |
| Credit Cards | |
| XXXX1903 - 1 | 14,687.26 |
| **Total Credit Cards** | **$14,687.26** |
| **Total Current Liabilities** | **$59,809.78** |
| Long-Term Liabilities | **$5,927.16** |
| **Total Liabilities** | **$65,736.94** |
| Equity | |
| Opening balance equity | 49,700.00 |
| Owner investments | 25,100.00 |
| Retained Earnings | |
| Net Income | 139,490.91 |
| **Total Equity** | **$214,290.91** |
| **TOTAL LIABILITIES AND EQUITY** | **$280,027.85** |

| Customer | Project Name | Pending Invoices | Overdue Balance |
|---|---|---|---|
| Client 1069 | Esplanade | 1 | $3,889.92 |
| Client 1069 | Convention Center | 1 | $5,973.47 |
| Client 1069 | Glory Asphalt | 1 | $11,390.23 |
| Client 1087 | Park Boat Ramp | 1 | $96,226.00 |
| Client 1087 | southeast parking lot overlay repair | 1 | $20,772.50 |
| Client 1087 | Park Boat Ramp - Change Order | 1 | $6,800.00 |
| Client 1087 | Golf course cart path repair | 1 | $28,128.60 |
| Client 281 | The Lakes  HOA | 1 | $4,940.00 |
| Client 298 | Workspaces | 1 | $6,280.00 |
| Client 401 | Building #144  Condo | 1 | $1,377.50 |
| Client 401 | Building #143  Condo | 1 | $2,136.80 |
| Client 401 | Building #142  Condo | 1 | $1,380.80 |
| Client 401 | Building #141  Condo | 1 | $1,776.40 |
| Client 401 | Building #140  Condo | 1 | $2,210.10 |
| Client 436 | 21-06-00081  Turtle Run | 1 | $100.00 |
| Client 436 | 21-05-00051 Lake Parking Lot Repairs | 1 | $42,905.00 |
| Client 436 | Oasis  - Draw 4 | 1 | $10,382.60 |
| Client 436 | Oasis - Sealcoating (Change Order 1) | 1 | $19,025.00 |
| Client 436 | 21-09-00105       Lake Club - Draw 3 | 1 | $42,500.00 |
| Client 436 | 21-09-00105   Lake Club  Sealcoating and Striping CO 02 | 1 | $18,030.00 |
| Client 436 | 21-05-00051  Lake -  Change Order 03 | 1 | $2,500.00 |
| Client 436 | 21-09-00104      - Change Order 03 | 1 | $1,375.00 |
| Client 502 | Work Order #16 - Roebuck | 1 | $20,110.00 |
| Client 502 | Work Order #115 - Main Street | 1 | $4,462.00 |
| Client 502 | Work Order #25 - Toledo | 1 | $23,630.90 |
| Client 514 | 197 LLC | 1 | $5,800.00 |
| Client 549 | Boca HOA - Asphalt Speed Bumps | 1 | $15,354.85 |
| Client 551 | 21-07-00087  Gardens - Permit Fees | 1 | $216.00 |
| Client 575 | Park Apartments - Asphalt Speed Bumps (8 Locations) | 1 | $6,000.00 |
| Client 622 | Wrecking - Change Order - | 1 | $26,325.00 |
| Client 622 | Wrecking - Payment pogress #3 | 1 | $15,000.00 |
| Client 622 | Wrecking - Payment pogress #2 | 1 | $20,000.00 |
| Client 622 | Wrecking - Milling | 1 | $35,000.00 |
| Client 676 | CLub HOA - Change Order 02 | 1 | $1,075.00 |

| | Client 743 | Park - Milling, Paving & Striping | 1 | $41,499.00 | |
|---|---|---|---|---|---|
| | Client 873 | Club - Permit and Expediting Fees | 1 | $5,741.77 | |
| | Client 873 | Club - Progress payment #2 | 1 | $36,040.20 | |
| | Client 873 | Club- Progress payment #3 | 1 | $34,060.30 | |
| | Client 963 | Hotel Condominium | 1 | $6,458.00 | |
| | Client 963 | Ranches Clubhouse Parking Lot and Pathway | 1 | $37,000.00 | |
| | Client 100 | Projects - Concrete Curb & Concrete Flumes | 1 | $23,786.50 | |
| | Client 100 | Projects - Blvd West and Oakland Park Blvd | 1 | $26,303.00 | |
| | | | | | |
| | | | **TOTAL** | **$713,962.44** | |

# Resurface Industries LLC

**Resurface** Industries

## Profit and Loss

### June 2022

| | TOTAL |
|---|---|
| **Income** | |
| Services | 93,225.00 |
| **Total Income** | **$93,225.00** |
| Cost of Goods Sold | |
| Cost of goods sold | |
| Subcontractor expenses | 7,150.00 |
| Supplies & materials | 8,869.57 |
| Trucking & Hauling | 3,570.00 |
| **Total Cost of goods sold** | **19,589.57** |
| **Total Cost of Goods Sold** | **$19,589.57** |
| GROSS PROFIT | **$73,635.43** |
| Expenses | |
| Contract labor | 3,655.00 |
| Equipment Repairs & Maintenance | 1,265.85 |
| General business expenses | |
| Bank fees & service charges | 1.32 |
| Uniforms, Safety Vests, Hard Hats | 2,597.42 |
| **Total General business expenses** | **2,598.74** |
| Meals | 283.05 |
| Office expenses | 60.05 |
| Small tools and equipment | 1,451.00 |
| **Total Office expenses** | **1,511.05** |
| Payroll expenses | 35,207.55 |
| Travel | |
| Hotels | 5,661.31 |
| **Total Travel** | **5,661.31** |
| **Total Expenses** | **$50,182.55** |
| NET OPERATING INCOME | **$23,452.88** |
| Other Expenses | |
| Vehicle expenses | |
| Vehicle gas & fuel | 16,446.02 |
| Vehicle repairs | 4,281.56 |
| Vehicle Tires & Tire Maintenance | 453.93 |
| **Total Vehicle expenses** | **21,181.51** |
| **Total Other Expenses** | **$21,181.51** |
| NET OTHER INCOME | **$ -21,181.51** |
| NET INCOME | **$2,271.37** |



# Resurface Industries LLC

Profit and Loss

July 2022

|  | TOTAL |
|---|---|
| Income | |
| Services | 31,250.00 |
| **Total Income** | **$31,250.00** |
| Cost of Goods Sold | |
| Cost of goods sold | |
| Supplies & materials | 13,147.77 |
| Trucking & Hauling | 1,295.00 |
| **Total Cost of goods sold** | **14,442.77** |
| **Total Cost of Goods Sold** | **$14,442.77** |
| **GROSS PROFIT** | **$16,807.23** |
| Expenses | |
| Contract labor | 5,848.00 |
| Equipment Repairs & Maintenance | 307.38 |
| General business expenses | |
| Bank fees & service charges | 201.65 |
| **Total General business expenses** | **201.65** |
| Meals | 232.33 |
| Payroll expenses | 27,821.95 |
| Supplies | |
| Supplies & materials | 95.69 |
| **Total Supplies** | **95.69** |
| Travel | |
| Hotels | 3,000.45 |
| **Total Travel** | **3,000.45** |
| **Total Expenses** | **$37,507.45** |
| **NET OPERATING INCOME** | **$ -20,700.22** |
| Other Income | |
| Other income | |
| Credit card rewards | 0.00 |
| **Total Other income** | **0.00** |
| **Total Other Income** | **$0.00** |
| Other Expenses | |
| Vehicle expenses | |
| Vehicle gas & fuel | 4,533.99 |

Accrual Basis   Wednesday, August 17, 2022 03:11 PM GMT-04:00

# Resurface Industries LLC

Profit and Loss

July 2022

|  | TOTAL |
|---|---|
| Vehicle repairs | 369.09 |
| **Total Vehicle expenses** | **4,903.08** |
| **Total Other Expenses** | **$4,903.08** |
| NET OTHER INCOME | **$ -4,903.08** |
| NET INCOME | **$ -25,603.30** |



# Resurface Industries LLC

Statement of Cash Flows

July 2022

|  | TOTAL |
|---|---|
| OPERATING ACTIVITIES |  |
| Net Income | -25,603.30 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| Accounts Receivable (A/R) | 50,875.00 |
| Accounts Payable (A/P) | -100,377.94 |
| XXXX1903 - 1 | 1,832.49 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-47,670.45** |
| **Net cash provided by operating activities** | **$ -73,273.75** |
| INVESTING ACTIVITIES |  |
| Machinery & Equipment | -45,200.00 |
| Trailers | -4,500.00 |
| **Net cash provided by investing activities** | **$ -49,700.00** |
| FINANCING ACTIVITIES | **$34,458.59** |
| NET CASH INCREASE FOR PERIOD | **$ -88,515.16** |
| Cash at beginning of period | 94,004.03 |
| CASH AT END OF PERIOD | **$5,488.87** |

# <u>EXHIBIT B</u>

The Debtor is the 100% owner of All Paving, Inc. and Resurface Industries, LLC. Through these entities the debtor provides roadway solutions, including paving, concrete overlay, sealcoating and related services to municipalities and commercial customers. The Debtor operates in multiple counties in Florida with offices at 23123 N. State Road 7, Suite 250, Boca Raton, FL 33428.

# **<u>EXHIBIT C</u>**

There are currently no claims between All Paving, Inc and Resurfacing Industries, LLC

# **EXHIBIT D**

There are currently no tax sharing or tax allocation between All Paving, Inc. and Resurface Industries, LLC

DocuSign Envelope ID: E34EB261-32CC-4498-B23B-629262529DE2

# <u>EXHIBIT E</u>

All Paving, Inc. currently pays for the Debtor's life insurance and disability insurance.