**Monthly Budget**

| Insurance | | |
|---|---|---|
| FED NAT | $683.08 | |
| Northwestern Mutual | $2,327.84 | Autopay |
| AIG | $545.02 | Autopay |
| Blue Cross Blue Shield | $638.19 | CC Autopay |
| USAA | $464.00 | |
| | | |
| Total Insurance per month | $4,658.13 | |

| Personal Expenses | | |
|---|---|---|
| Food and housekeeping supplies | | |
| Childcare and education costs | | |
| | | |
| Personal care products and services | | |
| Entertainment, clubs, recreation, books, etc | | |
| Charitable contributions and religious donations | | |
| Goddard School Daycare | $2,900.00 | CC autopay |
| Jamie the Tutor | $1,500.00 | |
| | | |
| | | |
| FPL | $750 | Autopay |
| GM Financial | $950.00 | |

| Other Expenses | | |
|---|---|---|
| | Monthly | Yearly |
| Home maintenance, repair and upkeep expenses | $500.00 | $ 6,000.00 |
| Electricity/heat/gas | $760.00 | $ 9,120.00 |
| Water/sewer/gas | $133.33 | $ 1,600.00 |
| Phone/cell/internet/satellite /cable | $833.33 | $ 10,000.00 |
| Food and housekeeping supplies | $1,733.33 | $ 20,800.00 |
| Clothing, laundry and dry cleaning | $500.00 | $ 6,000.00 |
| Personal care products and services | $75.00 | $ 900.00 |
| Medical and dental expenses | $233.33 | $ 2,800.00 |

| | | | | |
|---|---|---|---|---|
| | Transportation inlcuing gas, maintenance, bus or train (no car payments) | | $583.33 | $ 7,000.00 |
| | Entertainment, clubs, recreation, books, etc | | $500.00 | $ 6,000.00 |
| | Charitable contributions and religious donations | | $416.67 | $ 5,000.00 |
| | Car or lease payments | | $986.00 | $ 11,832.00 |
| | Student Loans | $ 1,200.00 | | $ 14,400.00 |
| | | | | |
| | **Monthly Total** | | **$19,212.46** | |