**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLOLRIA**
**Palm Beach Division**

**DAREN C. DALY,**  CASE NO.: 22-15694-SMG
    Debtor.  CHAPTER 11 (Sub V)

---------------------------------------------/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

    PLEASE TAKE NOTICE that C. DAVID TANGORA, ESQ. and the law firm of C. DAVID TANGORA, P.A. as counsel for All Paving, Inc. and All Paving & Sealcoating, LLC, Patrick and Elizabeth Daly, creditors in the above-captioned Chapter 11 case, and requests copies of all notices, pleadings, or motions pursuant to Rules 2002, 9007 or 9008 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Bankruptcy Code, 11 U.S. C.§§ 101, et seq. (as amended, the Bankruptcy Code), including but not limited to all Notices, Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, and any other documents brought before the Court served in this case, whether electronically or otherwise, on:

**C. DAVID TANGORA, ESQUIRE**
**C. DAVID TANGORA, P.A.**
**200 S.E. 18TH COURT**
**FT. LAUDERDALE, FL  33316**
**(954) 779-1005-Phone**
**(954) 764-4502-Fax**
tangoralaw@bellsouth.net

1

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance and Request for Notice was furnished by electronic means to the Attorney for the Debtor on September 2, 2022.

               I HEREBY CERTIFY that I am admitted to the
               Bar of the United States District Court
               For the Southern District of Florida and I am
               in compliance with the additional qualifications
               to practice in this court as set forth in Local
               Rule 2090-1(c)(3).

               C. DAVID TANGORA, P.A.
               Attorney for Creditors,
               All Paving and Sealcoating, LLC
               200 S.E. 18th Court
               Ft. Lauderdale, FL 33316
               (954) 779-1005-Phone
               (954) 764-4502-Facsimile
               tangoralaw@bellsouth.net

               By: /s/ C. David Tangora, Esq.
                 C. David Tangora, Esquire
                 Florida Bar No: 522104