**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In Re:

DAREN C. DALY,                                             Case No: 22-15694-SMG

    Debtor.                                                           Chapter 11 (Sub V)

_____/

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS CHAPTER 11 CASE AND/OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR MODIFY THE AUTOMATIC STAY [D.E. 40]**

Creditors/Movants Patrick Daly and Elizabeth Daly, Individually and as the alleged majority shareholders and Board of Directors of the Florida corporation, ALL PAVING, INC., and ALL PAVING & SEALCOATING, LLC, by and through their undersigned counsel, Hereby file their Notice of Withdrawal of their Motion to Dismiss Chapter 11 Case and/or, in the AlternativeMotion for Relief from the Automatic Stay [D.E. 40], as said Motions have been replaced and superseded by Creditors'/Movants' Motion to Dismiss Chapter 11 Case [D.E. 44) and Creditors'/Movants' Motion for Relief from the Automatic Stay or Modify Automatic Stay [D.E. 45]

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 20, 2022, I electronically filed the following document with the Clerk of this Court using CM/ECF, and that a true and correct copy of this Notice of Withdrawal of Motion to Dismiss Chapter 11 Case and/or in the Alternative Motion for Relief from the Automatic Stay, or to Modify Automatic Stay was furnished via CM/ECF to

Monique D. Hayes, Esq., monique@dgimlaw.com , and Isaac M. Marcushamer, Esq. isaac@dgimlaw.com, both with DGIM LAW, PLLC, and all interested parties via CM/ECF.

    I HEREBY CERTIFY that I am admitted to the
Bar of the United States District Court
For the Southern District of Florida and I am
in compliance with the additional qualifications
to practice in this court as set forth in Local
Rule 2090-1(c)(3).

C. DAVID TANGORA, P.A.
Attorney for Creditors/Movants,
Patrick & Elizabeth Daly,
and All Paving
& Sealcoating, LLC
200 S.E. 18th Court
Ft. Lauderdale, FL 33316
(954) 779-1005-Phone
(954) 764-4502-Facsimile
tangoralaw@bellsouth.net
By/s/ C. David Tangora____
    C. David Tangora, Esq.
    Florida Bar No: 522104