UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                   Chapter 11

DAREN C. DALY                                                Case No.: 22-15694-SMG

     Debtor.
_____/

**DEBTOR'S OJECTION TO CLAIM NO. 12
FILED BY THE SOTO LAW GROUP, P.A.**

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

     This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

     If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

     If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

     The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

     Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor object(s) to the following claim filed in this case*:

| Claim No. | Name of Claimants | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 12 | The Soto Law Group, P.A. | $73,196.77 | **Basis:** The Claim is unenforceable against the Debtor or property of the |

|  |  |  | Debtor. The charges asserted by the claimant are overstated and inconsistent with the Debtor and All Paving, Inc.'s records. **Recommendation:** The Claim should be disallowed in its entirety. |
|---|---|---|---|

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C).)

Dated: October 24, 2022

Respectfully submitted,

**DGIM Law, PLLC**
*Counsel for the Debtor*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Monique D. Hayes*
Isaac Marcushamer, Esq.
Florida Bar No. 0060373
isaac@dgimlaw.com
Monique D. Hayes, Esq.
Florida Bar No. 0841573
monique@dgimlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served via CM/ECF Notification to all interested parties via CM/ECF and via U.S. Mail to all parties on the attached service list on this 24th day of October, 2022.

*/s/ Monique D. Hayes*
Monique D. Hayes, Esq.
Florida Bar No. 0841573
monique@dgimlaw.com

**SERVICE LIST**

The Soto Law Group, P.A.
c/o Oscar E. Soto, President
2400 E. Commercial Blvd., Suite 400
Fort Lauderdale, FL 33308

**TO ALL PARTIES ON THE ATTACHED MAILING MATRIX**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-15694-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Oct 24 14:50:18 EDT 2022 | All Paving, Inc.<br>23123 N State Road 7<br>Syite 250<br>Boca Raton, FL 33428-5489 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | Tokyo Century (USA) Inc<br>c/o Dennis Dressler<br>Dressler Peters LLC<br>70 W. Hubbard St.<br>Suite 200<br>Chicago, IL 60654-5677 |
| All Paving and Sealcoating, LLC<br>Bruce A. Goodman<br>5531 N. University Drive<br>Pompano Beach, FL 33067-4649 | All Paving, Inc.<br>10248 NW 62nd Ct<br>Pompano Beach FL 33076-2349 | Ally Financial, Inc.<br>Ally Detroit Center<br>500 Woodward Ave<br>Detroit, MI 48226-3416 |
| BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 | BMO Transportation Finance<br>300 E John Carpenter Freeway<br>Suite 500<br>Irving TX 75062-2370 | Best Buy CBNA<br>POB 78009<br>Phoenix, AZ 85062-8009 |
| CIT Bank NA<br>10201 Centurion Parkway N 110<br>Jacksonville, FL 32256-4101 | Cadence Bank NA<br>25 South Links Avenue<br>Sarasota, FL 34236-5906 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Clayton Trial Lawyers<br>401 E. Las Olas Blvd<br>Suite 1400<br>Fort Lauderdale, FL 33301-2218 | Clayton Trial Lawyers, PLLC<br>401 E Las Olas Blvd, Suite 1400<br>Ft. Lauderdale, FL 33301-2218 |
| Elizabeth Daly<br>Bruce Goodman Esq.<br>5531 N. University Drive<br>Pompano Beach, FL 33067-4649 | First Citizens Bank & Trust Comapny<br>PO Box 593007<br>San Antonio, TX 78259-0200 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Isuzu Finance of America, Inc.<br>2500 Westchester Ave Ste 312<br>Purchase, NY 10577-2578 | Komatsu Financial<br>c/o Linder Industrial Machinery<br>1601 S Plant City, FL 33563-2014 | Kubota Credit Corporation USA<br>1000 Kubota Drive<br>Grapevine, TX 76051-2334 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Patrick Daly<br>Bruce Goodman, Esq.<br>5531 N. University Drive<br>Pompano Beach, FL 33067-4649 | Suntrust Mastercard<br>6260 Powerline Road<br>Fort Lauderdale, FL 33309-2018 |
| Synchrony Bank/Paypal Credit<br>POB 530975<br>Orlando, FL 32896-0001 | Tax Collector Palm Beach County<br>Attn Anne M Gannon<br>POB 3353<br>West Palm Beach, FL 33402-3353 | The Meadow Run Association, Inc.<br>c/o Paul J. Milberg, Esq.<br>5550 Glades Road, Suite 630<br>Boca Raton, FL 33431-7206 |

```
The Soto Law Group, PA              Tokyo Century (USA) Inc.            UHealth
2400 E. Commercial Blvd, Suite 400  C/O Dennis A. Dressler              POB 2978
Fort Lauderdale, FL 33308-4026      Dressler Peters LLC                 Munice, IN 47307-0978
                                    70 W. Hubbard St., Ste. 200
                                    Chicago, IL 60654-5677


US Attorney General                 US Department of Education          (p)U S  ATTORNEY'S OFFICE
950 Pennsylvania Avenue, NW         400 Maryland Avenue SW              99 NE 4TH STREET SUITE 300
Washington DC 20500                 Washington DC 20202-0001            MIAMI FL 33132-2131



Daren C. Daly                       Isaac M Marcushamer Esq.            Monique D Hayes
10248 NW 62 CT                      DGIM Law, PLLC                      DGIM Law, PLLC
Pompano Beach, FL 33076-2349        2875 NE 191st Street                2875 NE 191 Street
                                    Suite 705                           Suite 705
                                    Aventura, FL 33180-2803             Aventura, FL 33180-2803


Tarek Kirk Kiem
PO Box 541325
Greenacres, FL 33454-1325
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Caterpillar Financial               United States Attorney
POB 340001                          99 NE 4th Street
Nashville, TN 37203-0001            Miami, FL 33131
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)All Paving And Sealcoating, LLC  (d)Ally Bank c/o AIS Portfolio Services, LLC   (d)AmeriCredit Financial Services, Inc. dba G
Bruce A. Goodman                    4515 N. Santa Fe Ave. Dept. APS                P O Box 183853
5531 N. University Drive, Suite 101Pompa  Oklahoma City, OK 73118-7901             Arlington, TX 76096-3853



(d)Broward County                   (u)Name,Address1,Address2,Address3,City,State  End of Label Matrix
c/o Records, Taxes & Treasury       Ally Financial Inc,Ally Detroit Center 5       Mailable recipients   39
Attn:  Bankruptcy Section           Best Buy CBNA,PO Box 78009,,,Phoenix,AZ,       Bypassed recipients    5
115 S. Andrews Ave. A-100           BMO Transportation Finance,300 E John Ca       Total                 44
Ft. Lauderdale, FL 33301-1888       Capital One Bank,1680 Capital One Dr,,,M
                                    CIT Bank NA,10201 Centurion Parkway N 10
```

Case 22-15694-SMG    Doc 68    Filed 10/24/22    Page 5 of 5