UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                    Chapter 11

DAREN C. DALY                                                   Case No.: 22-15694-SMG

     Debtor.
_____/

**SOTO LAW GROUP, P.A.'S RESPONSE TO
DEBTOR'S OBJECTION TO CLAIM NO. 12**

COMES NOW, SOTO LAW GROUP, P.A., and files its Response To Debtor's Objection To Claim No. 12, and in support thereof states:

1. Soto Law Group, P.A. ("SLG") was listed as a debtor in the Voluntary Petition filed on July 26, 2022 wherein the Debtor originally listed the SLG debt (the "Debt") as not contingent and undisputed, but then mysteriously and disingenuously with no explanation amended his Schedule [Doc. 23] on August 9, 2022 to read that the Debt was disputed. The Debtor now frivously contends that the Debt is unenforceable because "the charges asserted by the claimant are overstated and inconsistent with the Debtor's records ..." [Doc. 68].

2. The Debt was a balance due for legal services performed through November 2021 in state court litigations with the Debtor's parents (the "Parents' Litigation") for the benefit of the Debtor and non-parties to this bankruptcy, Jamie

1

Schindler and All Paving, Inc., who are jointly and severally liable for the legal services performed with the knowledge and consent of the Debtor.

3. SLG duly filed a Proof of Claim (Claim 12) (the "Claim") on September 30, 2022 establishing the correct amount of the Debt as $73,196.77, exclusive of interest.

4. The charges by SLG were for the defense of the Debtor and the co-defendants Schindler and All Paving, Inc. in the Parents' Litigation over a period of three years in two state court lawsuits that jointly reflect over 700 court filings. Included in the charges were over 12 days of video depositions, multiple contested hearings including repeated motions for sanctions against the Debtor, protracted written discovery and hearings regarding the same, and a three-day trial involving some 2,000 exhibits. It was a hotly contested matter before four state court judges. The charges represent value provided to the Debtor and his co-defendants in the Parents' litigation.

5. SLG withdrew from the representation in December 2021. In March 2022, the Debtor retained another law firm, which apparently has charged him over $110,000.00 merely for services over the span of four months, during which no discovery and no dispositive motions were conducted. A cursory review of the court docket reveals that the activity over the four month span was nothing more than a protracted four month quarrel over document production with the Parents' counsel.

6.     SLG at all times had sent periodic detailed statements to the Debtor and co-defendants for its representation of the Debtor and the co-defendants in the Parents' Litigation. The Debtor had signed a written retainer agreement, which is attached to SLG's Claim.

7.     Beginning in 2021, SLG had foregone full and complete payment of its periodic invoices in the Parents' Litigation with the understanding, agreed to by the Debtor (and memorialized in writings), that a recovery in favor of co-defendant All Paving, Inc. in a separate collection matter, when successful, would be used to pay off any account receivable in the Parents' litigation. However, when those proceeds were realized in November 2021, the Debtor reneged on his promise and frivolously disputed SLG's prior charges, then well over 12 months old, in the Parents' litigation. Nonetheless, the Debtor signed a Closing Statement on November 10, 2021, acknowledging that the fees constituting the Debt were still due and owing, a copy of which is attached to SLG's Claim.

8.     SLG had asserted a retaining lien in fall 2021 in accordance with Florida Supreme Court law in *Mones v. Smith*, 486 So.2d 559 (Fla. 1986), attached hereto as Exhibit "A", on $49,116.34, recovered as settlement proceeds received by All Paving, Inc., currently held in SLG's trust account. The Debtor has no legal or equitable claim to these proceeds.

9.     The charges in the Parents' litigation were not contingent.  They were hourly-rate charges for which the Debtor was periodically billed.  SLG's charges as

reflected in its Claim for his representation in the Parents' litigation are reasonable and customary for complex business litigation. At the time of the representation, lead counsel, John P. Kelly, was a dual Florida board-certified attorney with a decades-old Martindale-Hubble AV rating, as well as numerous other professional recognitions. Further, SLG utilized associates and paralegals as necessary in order to efficiently represent the clients. The charges were approved and ratified by the Debtor. The Debtor received periodic statements of account and made partial payments ratifying the charges as due and owing.

10. The Debtor's current contention that SLG bills are "overstated" and that the charges are "inconsistent" with his records is patently frivolous, in bad faith and a violation of Fed. R. Civ. P. 11. Under Bankruptcy Rule 3001(f), a proof of claim executed and filed in accordance with the Bankruptcy Rules shall constitute *prima facie* evidence of the validity and amount of claim. The Debtor has failed to assert a cognizable basis or ground for disallowance of SLG's Claim as provided under 11 U.S.C. § 502 (b) of the Bankruptcy Code or refute the *prima facie* validity of the Claim.

11. The Debtor has unclean hands. Among other things, he has failed to include in his scheduled debts over $112,000.00 owed to the law firm of Greenspoon Marder as of May 2019, which represented him in the Parents' Litigation prior to SLG, which fees on a month-by-month basis greatly exceeded the fees charged by SLG and for far, far less accomplishments. *See* redacted Exhibit "B" attached

4

hereto. Hence the Debtor to date has almost $300,000.00 in unpaid legal fees to law firms that represented him in the Parents' litigation. The Debtor intentionally omitted disclosing the Greenspoon Marder debt in order to transparently bolster his bad faith frivolous contention that the fees and charges by SLG were not reasonable.[1]

12. SLG reserves the right to amend this Response to the Debtor's Objection.

WHEREFORE, Soto Law Group, P.A. requests that the Debtor's Objection be overruled and disallowed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via CM/ECF Notification to all interested parties via CM/ECF and via U.S. Mail to all parties on the attached service list on this 16th day of November, 2022.

THE SOTO LAW GROUP
Coastal Tower, Suite 400
2400 East Commercial Blvd.
Fort Lauderdale, FL  33308
Phone: (954) 567-1776
Facsimile: (954) 567-1778
E-mail(s):   oscar@sotolawgroup.com
                    john@sotolawgroup.com
                    jkelly@businesslitigation.com
                    rebecca@sotolawgroup.com

By: /s/ *John P. Kelly*
John P. Kelly
Florida Bar No. 284289
Oscar E. Soto
Florida Bar No. 766038

---

[1] The Debtor also failed to list a debt owed to the Loren & Kean law firm. See its charging lien attached hereto as Exhibit "C".

5

## SERVICE LIST

Isaac M Marcushamer Esq.
Monique D Hayes
DGIM Law, PLLC
*Counsel for Debtor*
2875 NE 191st Street
Suite 705
Aventura, FL 33180-2803
E-mail(s):   isaac@dgimlaw.com
                    monique@dgimlaw.com


**ALL PARTIES ON THE ATTACHED MAILING MATRIX**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-15694-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Nov 14 12:07:50 EST 2022 | All Paving, Inc.<br>23123 N State Road 7<br>Syite 250<br>Boca Raton, FL 33428-5489 | Ally Bank<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 |
| Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 |
| Tokyo Century (USA) Inc<br>c/o Dennis Dressler<br>Dressler Peters LLC<br>70 W. Hubbard St.<br>Suite 200<br>Chicago, IL 60654-5677 | All Paving and Sealcoating, LLC<br>Bruce A. Goodman<br>5531 N. University Drive<br>Pompano Beach, FL 33067-4649 | All Paving, Inc.<br>10248 NW 62nd Ct<br>Pompano Beach FL 33076-2349 |
| Ally Financial, Inc.<br>Ally Detroit Center<br>500 Woodward Ave<br>Detroit, MI 48226-3416 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 | BMO Transportation Finance<br>300 E John Carpenter Freeway<br>Suite 500<br>Irving TX 75062-2370 |
| Best Buy CBNA<br>POB 78009<br>Phoenix, AZ 85062-8009 | CIT Bank NA<br>10201 Centurion Parkway N 110<br>Jacksonville, FL 32256-4101 | Cadence Bank NA<br>25 South Links Avenue<br>Sarasota, FL 34236-5906 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Clayton Trial Lawyers<br>401 E. Las Olas Blvd<br>Suite 1400<br>Fort Lauderdale, FL 33301-2218 |
| Clayton Trial Lawyers, PLLC<br>401 E Las Olas Blvd, Suite 1400<br>Ft. Lauderdale, FL 33301-2218 | Elizabeth Daly<br>Bruce Goodman Esq.<br>5531 N. University Drive<br>Pompano Beach, FL 33067-4649 | First Citizens Bank & Trust Comapny<br>PO Box 593007<br>San Antonio, TX 78259-0200 |
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Isuzu Finance of America, Inc.<br>2500 Westchester Ave Ste 312<br>Purchase, NY 10577-2578 | Komatsu Financial<br>c/o Linder Industrial Machinery<br>1601 S Plant City, FL 33563-2014 |
| Kubota Credit Corporation USA<br>1000 Kubota Drive<br>Grapevine, TX 76051-2334 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Patrick Daly<br>Bruce Goodman, Esq.<br>5531 N. University Drive<br>Pompano Beach, FL 33067-4649 |
| Suntrust Mastercard<br>6260 Powerline Road<br>Fort Lauderdale, FL 33309-2018 | Synchrony Bank/Paypal Credit<br>POB 530975<br>Orlando, FL 32896-0001 | Tax Collector Palm Beach County<br>Attn Anne M Gannon<br>POB 3353<br>West Palm Beach, FL 33402-3353 |

| | | |
|---|---|---|
| The Meadow Run Association, Inc.<br>c/o Paul J. Milberg, Esq.<br>5550 Glades Road, Suite 630<br>Boca Raton, FL 33431-7206 | The Soto Law Group, PA<br>2400 E. Commercial Blvd, Suite 400<br>Fort Lauderdale, FL 33308-4026 | Tokyo Century (USA) Inc.<br>C/O Dennis A. Dressler<br>Dressler Peters LLC<br>70 W. Hubbard St., Ste. 200<br>Chicago, IL 60654-5677 |
| UHealth<br>POB 2978<br>Munice, IN 47307-0978 | US Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington DC 20500 | US Department of Education<br>400 Maryland Avenue SW<br>Washington DC 20202-0001 |
| (p)U S  ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 | Daren C. Daly<br>10248 NW 62 CT<br>Pompano Beach, FL 33076-2349 | Isaac M Marcushamer Esq.<br>DGIM Law, PLLC<br>2875 NE 191st Street<br>Suite 705<br>Aventura, FL 33180-2803 |
| Monique D Hayes<br>DGIM Law, PLLC<br>2875 NE 191 Street<br>Suite 705<br>Aventura, FL 33180-2803 | Tarek Kirk Kiem<br>PO Box 541325<br>Greenacres, FL 33454-1325 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Caterpillar Financial<br>POB 340001<br>Nashville, TN 37203-0001 | United States Attorney<br>99 NE 4th Street<br>Miami, FL 33131 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)All Paving And Sealcoating, LLC<br>Bruce A. Goodman<br>5531 N. University Drive, Suite 101Pompa | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)AmeriCredit Financial Services, Inc. dba G<br>P O Box 183853<br>Arlington, TX 76096-3853 |
| (d)Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | (u)Name,Address1,Address2,Address3,City,State<br>Ally Financial Inc,Ally Detroit Center 5<br>Best Buy CBNA,PO Box 78009,,,Phoenix,AZ,<br>BMO Transportation Finance,300 E John Ca<br>Capital One Bank,1680 Capital One Dr,,,M<br>CIT Bank NA,10201 Centurion Parkway N 10 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     5<br>Total                   45 |