EXHIBIT B

# GreenspoonMarder

Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Toll Free (888) 491-1120
Fax (954) 343-6272
Federal Tax ID 81-2555319

Daren C Daly
10248 NW 62nd Court
Parkland, FL  33076

May 15, 2019
Invoice: 1113225
Client ID: 57438
Page Number: 1

## INVOICE SUMMARY

**Our Matter # 57438.0001** - All Paving Agreement to Daly/Schindler

| | |
|---|---|
| Fees for Professional Services | $17,060.00 |
| Costs | $2,251.81 |
| NET CURRENT BILLING FOR THIS MATTER | $19,311.81 |
| Balance Due for Current Invoice | $19,311.81 |
| Previous Balance | $93,393.96 |
| **Total Due For This Matter** | $112,705.77 |

May 15, 2019
Invoice: 1113225
Page Number: 2

## Time Detail

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 04/01/19 | Email with counsel for Plaintiffs; strategize regarding ▮ | ES | 0.80 | 240.00 |
| 04/02/19 | Email with assistant to counsel for Plaintiffs; email with ▮; telephone conference with Robert Half ▮ redaction; strategize regarding ▮ | ES | 2.00 | 600.00 |
| 04/02/19 | Telephone conference with attorney for Plaintiffs regarding hearing on Motion for Contempt; email to Daren Daly and Jamie Schindler regarding same; review email from Daren Daly and reply to same; email to Daren Daly and Jamie Schindler regarding Plaintiffs' Answer and Affirmative Defenses to Amended Counterclaim; work on issues regarding ▮ | GNS | 2.30 | 977.50 |
| 04/03/19 | Email with counsel for Plaintiffs; email with Special Magistrate; finalize Notices of Hearing on Motion for Clarification; telephone conference with consultant Robert Half ▮; email with consultant Robert Half ▮; revise Motion for Sanctions; revise answer to Third Party Complaint; draft Motion for Order to Show Cause; email with Daren Daly and Jamie Schindler regarding revised Motions and GoDaddy subpoena | ES | 3.00 | 900.00 |
| 04/03/19 | Work on filing Notice of Hearing for Motion for Clarification; email to Special Magistrate regarding same; review email from Bruce Goodman, Esq. to Special Magistrate. | GNS | 0.20 | 85.00 |
| 04/04/19 | Email with Daren Daly and Jamie Schindler regarding ▮ and finalized Motion for Sanctions; telephone conference with Daren Daly and Jamie Schindler; telephone conference with Daren Daly; strategize regarding ▮; revise Motion for Sanctions regarding summary judgment | ES | 2.30 | 690.00 |
| 04/04/19 | Conference call with Daren Daly and Jamie Schindler and Liz Adler, Esq.; preparation of email to Daren Daly and Jamie Schindler ▮; email to Daren Daly. | GNS | 2.50 | 1,062.50 |
| 04/05/19 | Strategize regarding ▮ | ES | 0.50 | 150.00 |
| 04/07/19 | Strategize regarding corrective ▮ email with Daren Daly regarding corrective ▮ | ES | 0.50 | 150.00 |
| 04/07/19 | Work on corrective ▮; review email from Daren Daly. | GNS | 1.00 | 425.00 |
| 04/07/19 | Email to Daren Daly and Jamie Schindler regarding corrective production; review email from Daren Daly and reply to same. | GNS | 0.20 | 85.00 |
| 04/09/19 | Preparation for hearing on Plaintiffs' Motion for Order to Show Cause | ES | 1.70 | 510.00 |

May 15, 2019
Invoice: 1113225
Page Number: 3

## Time Detail

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 04/09/19 | Work on corrective production ▮▮▮ work on production of documents; emails to and from Daren Daly regarding same. | GNS | 1.20 | 510.00 |
| 04/10/19 | Attend hearing on Motion for Order to Show Cause; email with counsel for Plaintiffs; compile corrected production | ES | 1.80 | 540.00 |
| 04/10/19 | Prepare for and attend hearing on Plaintiffs' Motion for Order to Show Cause and Defendants' Motion for Clarification; conference call with Daren Daly and Jamie Schindler; review email from Bruce Goodman, Esq. to Special Magistrate. | GNS | 2.70 | 1,147.50 |
| 04/11/19 | Prepare for hearing before Special Magistrate regarding various issues. | GNS | 4.30 | 1,827.50 |
| 04/12/19 | Attend Special Magistrate Hearing. (1/2 of 7 hour day) | ES | 3.50 | 1,050.00 |
| 04/12/19 | Prepare for and attend hearing before Special Magistrate on numerous discovery issues. (1/2 of a 7 hour day) | GNS | 3.50 | 1,487.50 |
| 04/15/19 | Prepare for hearing on Plaintiffs' Motion for Further Relief; review email from Bruce Goodman, Esq. | GNS | 1.20 | 510.00 |
| 04/16/19 | Review proposed Order regarding Magistrate hearing; telephone conference with Bruce Goodman, Esq.; preparation for hearing on Motion for Further Relief regarding Motion for Partial Summary Judgment; email with Daren Daly | ES | 0.90 | 270.00 |
| 04/16/19 | Prepare for hearing on Motion of All Paving and Sealcoating and Patrick Daly for Further Relief as to Motion for Summary Judgment and Order; review email from Daren Daly and reply to same; email to Daren Daly regarding conference call. | GNS | 0.80 | 340.00 |
| 04/17/19 | Preparation for hearing on Motion for Further Relief regarding Motion for Partial Summary Judgment, and attend hearing on same; telephone conferences with Daren Daly; leave voice message for Bruce Goodman, Esq.; email with Bruce Goodman, Esq.; review proposed Order regarding Magistrate hearing; email with Daren Daly | ES | 5.30 | 1,590.00 |
| 04/17/19 | Conference call with clients; review email from Bruce Goodman, Esq. and reply to same; prepare for and attend hearing on Plaintiff's Motion for Further Relief; conference with Daren Daly regarding strategy at hearing. | GNS | 3.10 | 1,317.50 |
| 04/19/19 | Review draft of Report and Recommendation prepared by Bruce Goodman, Esq. | GNS | 0.30 | 127.50 |
| 04/22/19 | Work on responses to Bruce Goodman, Esq's proposed Magistrate's Report and Recommendation; telephone conference with Bruce Goodman, Esq. regarding same; review email from Bruce Goodman, Esq. to Magistrate Streitfeld; preparation of email to Magistrate Streitfeld; forward emails to and from Bruce Goodman, Esq. to Daren Daly and Jamie Schindler; emails to and from Jamie Schindler. (1/2 of time spent) | GNS | 1.10 | 467.50 |

May 15, 2019
Invoice: 1113225
Page Number: 4

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Glenn N. Smith | Partner | 24.40 | 425.00 | 10,370.00 |
| Elizabeth S. Adler | Sr. Counsel | 22.30 | 300.00 | 6,690.00 |
| | | | Total For Services | 17,060.00 |

## Cost Detail

| Date | Description | Narrative | Quantity | Amount |
|---|---|---|---|---|
| 04/01/19 | Document Reproduction | Copies | 10 | 2.50 |
| 04/08/19 | Document Reproduction | Copies | 210 | 52.50 |
| 04/16/19 | Parking Expense | Parking to attend hearing at Broward Courthouse; Payee: Elizabeth Adler; Invoice #1899663104161531; 04/16/2019 | | 15.00 |
| 04/16/19 | Parking Expense | Parking to attend hearing at Broward Courthouse; Payee: Elizabeth Adler; Invoice #1899664604161531; 04/16/2019 | | 10.00 |
| 04/30/19 | Westlaw - Online legal research | Online Research 04-30-2019 | | 15.11 |
| 05/14/19 | Transcripts/Deposition/Video Costs | Transript 7/6/18; Payee: Veritext; Invoice #FLA3414769; 02/01/2019 | | 1,315.70 |
| 05/14/19 | Transcripts/Deposition/Video Costs | Transript 8/13/18; Payee: Veritext; Invoice #FLA3449822; 02/01/2019 | | 189.50 |
| 05/14/19 | Transcripts/Deposition/Video Costs | Transript 11/16/18; Payee: Veritext; Invoice #FLA3603076; 02/01/2019 | | 519.50 |
| 05/14/19 | Transcripts/Deposition/Video Costs | Transcript 2/14/19; Payee: Veritext; Invoice #FLA3678528; 03/01/2019 | | 132.00 |

## Cost Summary

| Cost Description | Cost Amount |
|---|---|
| Document Reproduction | 55.00 |
| Parking Expense | 25.00 |
| Transcripts/Deposition/Video Costs | 2,156.70 |
| Westlaw - Online legal research | 15.11 |
| Total Disbursements | $2,251.81 |
| Current Invoice Total | $19,311.81 |
| Previous Balance | $93,393.96 |
| TOTAL AMOUNT DUE | $112,705.77 |

# GreenspoonMarder

Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Toll Free (888) 491-1120
Fax (954) 343-6272
Federal Tax ID 81-2555319

Daren C Daly
10248 NW 62nd Court
Parkland, FL  33076

May 15, 2019
Invoice: 1113225
Client ID: 57438
Page Number: 5

## Accounts Receivable Detail

| Date | Invoice | | Billed | Receipt | Balance |
|---|---|---|---:|---:|---:|
| 11/27/2018 | 1064148 | | 28,734.89 | 0.00 | 28,734.89 |
| 02/05/2019 | 1083548 | | 38,315.61 | 0.00 | 38,315.61 |
| 02/12/2019 | 1086374 | | 8,366.53 | 0.00 | 8,366.53 |
| 03/13/2019 | 1094826 | | 7,344.54 | 0.00 | 7,344.54 |
| 04/09/2019 | 1101900 | | 10,632.39 | 0.00 | 10,632.39 |
| 05/15/2019 | 1113225 | | 19,311.81 | 0.00 | 19,311.81 |
| | | Total | $112,705.77 | $0.00 | $112,705.77 |

For questions regarding this invoice please call 888-491-1120, or e-mail ███████@gmlaw.com

# GreenspoonMarder

Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Toll Free (888) 491-1120
Fax (954) 343-6272
Federal Tax ID 81-2555319

Daren C Daly
10248 NW 62nd Court
Parkland, FL  33076

May 15, 2019
Invoice: 1113225
Client ID: 57438
Page Number: 6

| | |
|---|---:|
| Total For Services | $17,060.00 |
| Total Disbursements | $2,251.81 |
| Current Invoice Total | $19,311.81 |
| Previous Balance | $93,393.96 |
| TOTAL AMOUNT DUE | $112,705.77 |

THANK YOU !

For questions regarding this invoice please call 888-491-1120, or e-mail billinggroup@gmlaw.com

**Remittance via US Mail:**
Greenspoon Marder LLP.
Attn: Accounts Receivable
Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309

**Remittance via Credit Card:**
Visit our website, www.gmlaw.com, to make secure payments by credit card. You will find detailed instructions. If you have any issues or questions, please email ██████@gmlaw.com. We accept Visa, MasterCard, Discover and American Express.

**Remittance via Wire:**
City National Bank, ABA #066004367
For Credit to: Greenspoon Marder LLP
ACH Account
██████████

Please email ██████@gmlaw.com
with the client number and amount
wired for proper application.