# EXHIBIT C

Filing # 81944889 E-Filed 12/11/2018 01:50:53 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CACE18021093

ALL PAVING, INC.,

    Plaintiff,

v.

ALL PAVING & SEALCOATING LLC
d/b/a 3-D PAVING & SEALCOATING,
PATRICK DALY, ELIZABETH DALY
and ROBERT HOLLAND

    Defendants.
_____/
PATRICK DALY, ELIZABETH DALY
and ALL PAVING, INC.,

    Third Party Plaintiffs,

v.

DAREN DALY,

    Third Party Defendant.
_____/

### LOREN & KEAN LAW'S NOTICE OF CHARGING LIEN

    Bruce E. Loren, P.A. d/b/a Loren & Kean Law ("Loren & Kean Law") hereby gives notice of its intention to enforce a charging lien against any property or funds received or receivable by Plaintiff All Paving, Inc. ("All Paving") and/or Third Party Defendant Daren Daly in this action, whether by settlement, judgment or otherwise, and states:

    1.    All Paving and Daren Daly engaged Loren & Kean Law to perform legal services in this action.

2. All Paving and Daren Daly currently owe Loren & Kean Law the sum of $1,552.62 for the performance of legal services and expenditure of costs in connection with the representation of All Paving and Daren Daly in this action.

3. A charging lien is entitled and necessary in order to protect such fees and costs until such time as said fees and costs are paid to Loren & Kean Law.

4. Therefore, Loren & Kean Law is entitled to a charging lien against any property or funds received or receivable by All Paving and/or Daren Daly in this action, whether by settlement, judgment or otherwise.

5. By filing this Notice of Charging Lien and the service of same upon all parties to this action, Loren & Kean Law does hereby place all parties on notice of its claim of charging lien.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-Mail to Bruce A. Goodman, Esq., Bruce A. Goodman, P.A., 5531 N. University Drive, Suite 101, Coral Springs, Florida 33067, bruce@bgoodmanlaw and melissa@bgoodmanlaw.com; Stephen R. Verbit, Esq., Stephen R. Verbit, P.A., 6741 Orange Drive, Davie, Florida 33314, sverbit@verbitlawfl.com and stephen@stephenverbit.com; and by E-mail to All Paving, Inc. c/o Daren Daly, 10248 NW 62nd Court, Parkland, Florida 33076, daren@allpaving.com on December 11, 2018.

**LOREN & KEAN LAW**
7111 Fairway Drive, Suite 302
Palm Beach Gardens, FL 33418
Phone: (561) 615-5701
Fax: (561) 615-5708

s/ *Bruce E. Loren*
**BRUCE E. LOREN**
Florida Bar No. 947105
bloren@lorenkeanlaw.com
clucht@lorenkeanlaw.com