

**ORDERED in the Southern District of Florida on April 19, 2023.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

DAREN C. DALY,                                             Case No. 22-15694-SMG

    Debtor.                                                Chapter 11
_____/

PATRICK DALY, ELIZABETH DALY,
ALL PAVING AND SEALCOATING, LLC,
and PATRICK DALY AND ELIZABETH
DALY AS THE MAJORITY SHAREHOLDERS
OF ALL PAVING, INC.,

    Plaintiffs,

v.                                                         Adv. No. 22-1391-SMG

DAREN C. DALY,

    Defendant.
_____/

**ORDER RESETTING TRIAL FOR MAY 15, 16, 17, AND 18, 2023**

Due to severe flooding in Fort Lauderdale on April 12, 2023, the United States Courthouse was closed, and the Court had to cancel the April 14 and 17-21 trial dates in this matter. It is now **ORDERED** that:

1. The consolidated evidentiary hearing and trial of the issues presented with respect to the Debtor's Objection to Claim Number 13-1[1] filed by Patrick and Elizabeth Daly and the above-captioned adversary proceeding is **RESCHEDULED for May 15, 16, 17, and 18, 2023** – from 9:30 a.m. until 4:30 p.m. each day – at the United States Courthouse, 299 East Broward Blvd., Courtroom 308, Fort Lauderdale, Florida 33301.

2. All other provisions previously in place for the conduct of the trial, including the provisions of the original *Order Scheduling Trial*,[2] remain in full force and effect.

###

Copies furnished to:

All interested parties by the Clerk of Court

---

[1] Case No. 22-15694, ECF No. 69.
[2] Case No. 22-1391, ECF No. 89.