

**ORDERED in the Southern District of Florida on May 4, 2023.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

UNITED STATES BANKTUPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

DAREN C. DALY,   Case No. 22-15694-SMG
    Debtor.   Chapter 11
_____/

PATRICK DALY, ELIZABETH DALY,
ALL PAVING AND SEALCOATING,
LLC, and PATRICK DALY AND
ELIZABETH DALY AS THE
MAJORITY SHAREHOLDERS OF ALL
PAVING, INC.,
    Plaintiffs,

v.   Adv. No. 22-1391-SMG

DAREN C. DALY,
    Defendant.
_____/

**SECOND AMENDED[1] ORDER SETTING TRIAL
FOR MAY 15, 16, 17, AND 18, 2023 IN FORT LAUDERDALE**

---

[1] Amended to reflect that the trial will be conducted in Fort Lauderdale, not in Miami as previously ordered, due to the reopening of the United States Courthouse in Fort Lauderdale.

Due to severe flooding in the Fort Lauderdale area, the United States Courthouse in Fort Lauderdale was closed, and the Court had to cancel the consolidated evidentiary hearing and trial scheduled in this matter for the week of April 17, 2023, and continue it to be renoticed. Initially, there was no timeline for reopening the Fort Lauderdale Courthouse, so the Court ordered that the trial – rescheduled for May 15 through 18, 2023 – would take place in Miami. However, the United States Courthouse in Fort Lauderdale will now be reopened[2] as of May 8, 2023. Accordingly, it is **ORDERED** that:

1. The consolidated evidentiary hearing and trial of the issues presented with respect to the Debtor's Objection to Claim Number 13-1[3] filed by Patrick and Elizabeth Daly and the above-captioned adversary proceeding is **CONTINUED** to **May 15, 16, 17, and 18, 2023** – from 9:30 a.m. until 4:30 p.m. each day – at the United States Courthouse 299 East Broward Blvd., Courtroom 308, Fort Lauderdale, Florida 33301.

2. All other provisions previously in place for the conduct of the trial, including the provisions of the original *Order Scheduling Trial*,[4] remain in full force and effect.

###

Copies furnished to:

All interested parties by the Clerk of Court

---

[2] The parties have been advised that although the Courthouse in Fort Lauderdale is reopening on May 8, 2023, the elevators will not be operational due to damage sustained from the flooding, and anyone attending the hearings will have to utilize the stairs.
[3] Case No. 22-15694, ECF No. 69.
[4] Case No. 22-1391, ECF No. 89.