UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                          Case No. 22-15694-SMG

DAREN C. DALY,                                       Chapter 11 (Sub V)

    Debtor
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the *Debtor's Second Modified Subchapter V Plan of Reorganization* [ECF No. 226], *Order (I) Setting Hearing on Confirmation of Modified Subchapter V Plan; (II) Setting Hearing on Fee Applications; (III) Setting Various Deadlines and (IV) Describing Debtor's Obligations* [ECF No. 220] and *Chapter 11 Ballot* was served via CM/ECF Notification to all parties registered to receive electronic notice and/or via U.S. Mail or Email to all parties on the attached service list on December 22, 2023.

Dated December 22, 2023.

                                                  Respectfully submitted,

                                                  **DGIM Law, PLLC**
                                                  *Counsel for the Debtor, Daren C. Daly*
                                                  2875 NE 191st Street, Suite 705
                                                  Aventura, FL 33180
                                                  Phone: (305) 763-8708

                                                  */s/ Monique D. Hayes*
                                                  Isaac Marcushamer, Esq.
                                                  Florida Bar No. 0060373
                                                  isaac@dgimlaw.com
                                                  Monique D. Hayes, Esq.
                                                  Florida Bar No. 0841573
                                                  monique@dgimlaw.com

## SERVICE LIST

*<u>Via Email</u>*

Daren C. Daly
daren@allpaving.com

*<u>All parties registered to receive electronic notice.</u>*
*<u>All parties on the attached mailing matrix.</u>*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE:<br><br>DAREN C DALY | CASE NO: 22-15694-SMG<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 226 |

On 12/22/2023, I did cause a copy of the following documents, described below,

Debtor's Second Modified Subchapter V Plan of Reorganization ECF Docket Reference No. 226

Order Setting Hearing on Confirmation of Modified Subchapter V Plan; (II) Setting Hearing on Fee Applications; (III) Setting Various Deadlines; and (IV) Describing Debtor's Obligations 220

Ballot

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/22/2023

/s/ Isaac Marcushamer
Isaac Marcushamer  0060373

DGIM Law, PLLC
2875 NE 191st Street, Suite 705
Miami, FL  33180
305 763 8708
colleen@dgimlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE:<br><br>DAREN C DALY | CASE NO: 22-15694-SMG<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 226 |

On 12/22/2023, a copy of the following documents, described below,

Debtor's Second Modified Subchapter V Plan of Reorganization ECF Docket Reference No. 226

Order Setting Hearing on Confirmation of Modified Subchapter V Plan; (II) Setting Hearing on Fee Applications; (III) Setting Various Deadlines; and (IV) Describing Debtor's Obligations 220

Ballot

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/22/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Isaac Marcushamer
DGIM Law, PLLC
2875 NE 191st Street, Suite 705
Miami, FL  33180

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-15694-SMG
SOUTHERN DISTRICT OF FLORIDA
FRI DEC 22 8-38-16 PST 2023

ALL PAVING  SEALCOATING  LLC
2801 N UNIVRSITY DRIVE
SUITE 302
CORAL SPRINGS   FL 33065-5054

ALL PAVING  INC
23123 N STATE ROAD 7
SYITE 250
BOCA RATON   FL 33428-5489

ALLY BANK
PO BOX 5703
CLEARWATER   FL 33758-5703

ALLY BANK  CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY   OK 73118-7901

AMERICREDIT FINANCIAL SERVICES  INC DE GM
P O BOX 183853
ARLINGTON   TX 76096-3853

BROWARD COUNTY
CO RECORDS   TAXES   TREASURY
ATTN  BANKRUPTCY SECTION
115 S ANDREWS AVE A-100
FT LAUDERDALE   FL 33301-1888

CADENCE BANK
CO BUSH ROSS  PA
ATTN KATHLEEN L DISANTO  ESQ
PO BOX 3913
TAMPA  FL 33601-3913

MEADOW RUN HOMEOWNERS ASSOCIATION  INC
CO ZACH B SHELOMITH
2699 STIRLING ROAD  SUITE C401
FORT LAUDERDALE   FL 33312-6598

~~EXCLUDE~~
~~(U)SOTO LAW GROUP PA~~

TOKYO CENTURY (USA) INC
CO DENNIS DRESSLER
DRESSLER PETERS LLC
70 W HUBBARD ST
SUITE 200
CHICAGO  IL 60654-5677

~~EXCLUDE~~
~~(U)ALL PAVING AND SEALCOATING  LLC~~
~~BRUCE A GOODMAN~~
~~5531 N UNIVERSITY DRIVE  SUITE 101POMP~~

ALL PAVING AND SEALCOATING  LLC
BRUCE A GOODMAN
5531 N UNIVERSITY DRIVE
POMPANO BEACH   FL 33067-4649

ALL PAVING  INC
10248 NW 62ND CT
POMPANO BEACH FL 33076-2349

~~EXCLUDE~~
~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES LLC~~
~~4515 N SANTA FE AVE DEPT APS~~
~~OKLAHOMA CITY   OK 73118-7901~~

ALLY FINANCIAL  INC
ALLY DETROIT CENTER
500 WOODWARD AVE
DETROIT  MI 48226-3416

~~EXCLUDE~~
~~(D)AMERICREDIT FINANCIAL SERVICES  INC DBA GM~~
~~P O BOX 183853~~
~~ARLINGTON   TX 76096-3853~~

BMO HARRIS BANK NA
PO BOX 3040
CEDAR RAPIDS   IA 52406-3040

BMO TRANSPORTATION FINANCE
300 E JOHN CARPENTER FREEWAY
SUITE 500
IRVING TX 75062-2370

BEST BUY CBNA
POB 78009
PHOENIX  AZ 85062-8009

~~EXCLUDE~~
~~(D)BROWARD COUNTY~~
~~CO RECORDS   TAXES   TREASURY~~
~~ATTN  BANKRUPTCY SECTION~~
~~115 S ANDREWS AVE A-100~~
~~FT LAUDERDALE   FL 33301-1888~~

CIT BANK NA
10201 CENTRURION PARKWAY N 110
JACKSONVILLE   FL 32256-4101

CADENCE BANK NA
25 SOUTH LINKS AVENUE
SARASOTA   FL 34236-5906

CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

(P)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

CLAYTON TRIAL LAWYERS
401 E LAS OLAS BLVD
SUITE 1400
FORT LAUDERDALE   FL 33301-2218

CLAYTON TRIAL LAWYERS  PLLC
401 E LAS OLAS BLVD  SUITE 1400
FT LAUDERDALE   FL 33301-2218

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ELIZABETH DALY<br>BRUCE GOODMAN ESQ<br>5531 N UNIVERSITY DRIVE<br>POMPANO BEACH  FL 33067-4649 | FIRST CITIZENS BANK  TRUST COMAPNY<br>PO BOX 593007<br>SAN ANTONIO  TX 78259-0200 | INTERNAL REVENUE SERVICE<br>POB 7346<br>PHILADELPHIA  PA 19101-7346 |
| ISUZU FINANCE OF AMERICA  INC<br>2500 WESTCHESTER AVE STE 312<br>PURCHASE  NY 10577-2578 | KOMATSU FINANCIAL<br>CO LINDER INDUSTRIAL MACHINERY<br>1601 S PLANT CITY  FL 33563-2014 | KUBOTA CREDIT CORPORATION USA<br>1000 KUBOTA DRIVE<br>GRAPEVINE  TX 76051-2334 |
| ~~EXCLUDE~~<br>~~(U)NAME ADDRESS1 ADDRESS2 ADDRESS3 CITY STATE Z~~<br>~~ALLY FINANCIAL INC ALLY DETROIT CENTER 5~~<br>~~BEST BUY CBNA PO BOX 78009    PHOENIX AZ~~<br>~~BMO TRANSPORTATION FINANCE 300 E JOHN CA~~<br>~~CAPITAL ONE BANK 1680 CAPITAL ONE DR~~ | NELNET<br>121 S 13TH STREET<br>LINCOLN  NE 68508-1922 | OFFICE OF THE US TRUSTEE<br>51 SW 1ST AVE<br>SUITE 1204<br>MIAMI  FL 33130-1614 |
| PATRICK DALY<br>BRUCE GOODMAN  ESQ<br>5531 N UNIVERSITY DRIVE<br>POMPANO BEACH  FL 33067-4649 | SUNTRUST MASTERCARD<br>6260 POWERLINE ROAD<br>FORT LAUDERDALE  FL 33309-2018 | SYNCHRONY BANKPAYPAL CREDIT<br>POB 530975<br>ORLANDO  FL 32896-0001 |
| TAX COLLECTOR PALM BEACH COUNTY<br>ATTN ANNE M GANNON<br>POB 3353<br>WEST PALM BEACH  FL 33402-3353 | THE MEADOW RUN ASSOCIATION  INC<br>CO PAUL J MILBERG  ESQ<br>5550 GLADES ROAD  SUITE 630<br>BOCA RATON  FL 33431-7206 | THE SOTO LAW GROUP  PA<br>2400 E COMMERCIAL BLVD  SUITE 400<br>FORT LAUDERDALE  FL 33308-4026 |
| TOKYO CENTURY (USA) INC<br>CO DENNIS A DRESSLER<br>DRESSLER PETERS LLC<br>70 W HUBBARD ST  STE 200<br>CHICAGO  IL 60654-5677 | UHEALTH<br>POB 2978<br>MUNICE  IN 47307-0978 | US ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE  NW<br>WASHINGTON DC 20500 |
| US DEPARTMENT OF EDUCATION<br>400 MARYLAND AVENUE SW<br>WASHINGTON DC 20202-0001 | (P)U S  ATTORNEYS OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 | DEBTOR<br>DAREN C DALY<br>10248 NW 62 CT<br>POMPANO BEACH  FL 33076-2349 |
| ELIZABETH A DALY<br>8919 NW 20TH MANOR<br>CORAL SPRINGS  FL 33071-6161 | ISAAC M MARCUSHAMER ESQ<br>DGIM LAW  PLLC<br>2875 NE 191ST STREET<br>SUITE 705<br>AVENTURA  FL 33180-2803 | MONIQUE D HAYES<br>DGIM LAW  PLLC<br>2875 NE 191 STREET<br>SUITE 705<br>AVENTURA  FL 33180-2803 |
| ~~EXCLUDE~~<br>~~(U)PATRICK DALY~~ | TAREK KIRK KIEM<br>PO BOX 541325<br>GREENACRES  FL 33454-1325 | |