UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

DAREN C. DALY,

Case No. 22-15694-BKC-SMG
Chapter 11 (Subchapter V)

_____Debtor_____/

### BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

*The Debtor's Second Modified Subchapter V Plan of Reorganization* [DE 226] *filed by the Debtor on December 22, 2023 can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.*

*This ballot is for creditor (insert name)_____for the following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | Treatment Selection | AMOUNT OF CLAIM |
|---|---|---|
| Class 3- General, Non-Priority, Unsecured Claims (Claim Nos. 4-6) | Select One<br><br>☐ 5% of Claim Paid on the Effective Date<br><br>OR<br><br>☐ The full amount of the sum awarded, if any, by final order of the Court (Claims 4 and 5) or American Arbitration Association (Claim 6) | $_____ |
| ☒ Class 5- The Soto Law Group, P.A. (Claim No. 12-1) | | $ 73,196.77 |

The undersigned [Check One Box]            ☒ Accepts            ☐ Rejects
the plan for reorganization of the above-named debtor.

Signed: */s/ Oscar E. Soto*

Print Name: Oscar E. Soto

Address: Soto Law Group, P.A.
2400 E. Commercial Blvd., Suite 400
Ft. Lauderdale, FL 33308

Phone: (954) 567-1776

LF-33 (rev. 10/10/14)

Date:

★★★FILE THIS BALLOT ON OR BEFORE <u>JANUARY 23, 2024</u>★★★

with: Clerk of Bankruptcy Court
☐ 301 N. Miami Ave., Room 150, Miami, FL 33128
X 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
☐ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**